B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gaspari Nutrition, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-2045842** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**575 Prospect Street**<br>**Ste. 301**<br>**Lakewood, NJ**                          ZIP Code **08701** | Street Address of Joint Debtor (No. and Street, City, and State):                          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Ocean** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                          ZIP Code | Mailing Address of Joint Debtor (if different from street address):                          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9         of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). | **Chapter 11 Debtors** |
|---|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | | |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Gaspari Nutrition, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gaspari Nutrition, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ Michael Viscount**
Signature of Attorney for Debtor(s)

**Michael Viscount**
Printed Name of Attorney for Debtor(s)

**Fox Rothschild LLP**
Firm Name

**1301 Atlantic Avenue
Midtown Center, Suite 400
Atlantic City, NJ 08401-7212**

Address

**Email: mviscount@foxrothschild.com
609-348-4515  Fax: 609-348-6834**
Telephone Number

**October 14, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Marc B. Ross**
Signature of Authorized Individual

**Marc B. Ross**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**October 14, 2014**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## WRITTEN CONSENT OF THE SOLE DIRECTOR OF GASPARI NUTRITION, INC.
## DATED: OCTOBER 1, 2014

The undersigned, being the sole Director of Gaspari Nutrition, Inc., a New Jersey corporation (the "Company"), does hereby consent to the adoption of the following resolutions with the same force and effect as if they had been approved and adopted at a duly convened meeting of the board of directors and direct that this written consent be filed with the Company's minute book.

WHEREAS, the Director has determined to seek relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

WHEREAS, the Director has determined that it is prudent, advisable and in the best interests of the Company, its creditors, employees, and other parties in interest that a petition be filed by the Company seeking relief under the Bankruptcy Code.

NOW, THEREFORE, IT IS HEREBY RESOLVED, that, in the Director's judgment, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the Bankruptcy Code; and further

RESOLVED, that Marc B. Ross, Chief Restructuring Officer of the Company (the "CRO") be, and hereby is, authorized empowered and directed, in the name and on behalf of the Company, to execute and verify the petition and any amendment thereto commencing a case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") to be filed in the United States Bankruptcy Court for the District of New Jersey at such time or in such other jurisdiction as such person executing the same shall determine; and further

RESOLVED that immediately upon the commencement of the Chapter 11 Case, the undersigned Director shall discharge all of his duties, obligations, powers, and authority with respect to the business affairs, property, and operations of the Company as a debtor in possession under the Bankruptcy Code, and that immediately upon the commencement of the Chapter 11 Case, the CRO shall assume all duties, obligations, powers, and authority of the Director and shall manage all business affairs, property, and operations of the Company as a debtor in possession under the Bankruptcy Code; and further

RESOLVED, that the law firm of Fox Rothschild LLP is hereby engaged as Counsel for the Company in the Chapter 11 Case, subject to the Bankruptcy Court's approval; and further

RESOLVED, that Heritage Equity Partners is hereby engaged as investment bankers for the Company in the Chapter 11 Case, subject to the Bankruptcy Court's approval; and further

RESOLVED, that the CRO hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, claims and noticing agent, and other professionals in connection with the Chapter 11 Case as such authorized person shall consider necessary, appropriate or convenient for the successful prosecution of the Chapter 11 Case; and further

27044248

RESOLVED, that the CRO hereby is, authorized empowered and directed, in the name and on behalf of the Company, to negotiate, execute, deliver, cause the Company to enter into, certify, file and/or record, and perform or cause the performance of and to consummate the transactions contemplated by, such other agreements, instruments settlements, releases, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certifications for approvals or rulings of governmental or regulatory authorities, certificates and other documents, and amendments or assignments thereof, and to take such other actions, as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate the filing and the prosecution of the Chapter 11 Case or a successful reorganization of the business of the Company, providing in each case in such form and with such substance as the CRO may approve, with the execution, delivery, certification, filing or recording thereof or taking of such other action to constitute evidence of such approval; and further

RESOLVED, that, in connection with the conduct of the business and affairs of the Company during the Chapter 11 Case, the CRO be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company: (i) to negotiate, execute, deliver, enter into, certify, file and/or record any and all of the agreements, instruments, motions certifications, applications and documents referenced in the foregoing resolutions and such other agreements, instruments, applications, consents, assignments and other documents as may be or become required or as such consents, assignments and other documents as may be or become required or as such officers deem appropriate or advisable, including with respect to incurring obligations with pre-petition lenders or others ("DIP Lender") under agreements for post- petition financing and the use of cash collateral ("DIP Financing"), and to perform or to cause the performance thereof, with the execution, certification, filing or recording of all documents in connection therewith, including documents and instruments to be executed in connection with DIP Financing ("DIP Financing Documents") and to constitute evidence of such approval; and (ii) to do such other things as may be required, or as may in his judgment be appropriate or advisable, in order to effectuate fully the foregoing resolutions and the consummation of the DIP Financing and other transactions contemplated hereby; and further

RESOLVED, that the CRO be and hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to execute, negotiate and deliver any asset purchase agreement (a "Purchase Agreement") providing for the sale of substantially all of the assets of the Company, including, but not limited to, the "stalking horse" Purchase Agreement with Body Temple Limited, or any similar such Purchase Agreement with another party, and such additional agreements, documents and instruments related to any Purchase Agreement; and further

RESOLVED, that the CRO be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to take such additional action and to execute, negotiate and deliver such additional agreements, documents and instruments as any of them may deem necessary or appropriate to implement the provisions of the foregoing resolutions, the authority for the taking of such action and the execution and delivery of such agreements, documents and instruments to be conclusively evidenced thereby; and further

2

RESOLVED, that any and all prior actions of the Director, CRO, and the Company's Officers consistent herewith be, and the same hereby are, ratified, approved, confirmed and adopted in each and every respect; and further

RESOLVED, that this Written Consent shall serve in lieu of a special meeting of the Directors of the Company and the undersigned hereby waives all requirements to notice of a meeting; and it is further

IN WITNESS WHEREOF, the undersigned being the sole Director of Gaspari Nutrition, Inc., has executed this Written Consent as of the date hereof.

DIRECTOR

*[signature]*

Rich Gaspari

3

27044248

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## New Jersey

In re  Gaspari Nutrition, Inc.
Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Century Foods International Inc<br>P. O. Box 93624<br>Chicago, IL 60673-3624 | Century Foods International Inc<br>P. O. Box 93624<br>Chicago, IL 60673-3624 | MANUFACTURER | Disputed | 3,460,365.12 |
| Milk Specialties Inc<br>4351 Solutions Center<br>Chicago, IL 60677-4003 | Milk Specialties Inc<br>4351 Solutions Center<br>Chicago, IL 60677-4003 | MANUFACTURER | | 2,315,443.37 |
| Command Nutritionals, LLC<br>10 Washington Ave.<br>Fairfield, NJ 07004 | Command Nutritionals, LLC<br>10 Washington Ave.<br>Fairfield, NJ 07004 | MANUFACTURER | | 1,953,517.38 |
| Bactolac Pharmaceutical Inc.<br>7 Oser Ave.<br>Hauppauge, NY 11788 | Bactolac Pharmaceutical Inc.<br>7 Oser Ave.<br>Hauppauge, NY 11788 | MANUFACTURER | | 934,886.26 |
| Goodwin Procter LLP<br>Exchange Place-53 State Street<br>Boston, MA 02109-2881 | Goodwin Procter LLP<br>Exchange Place-53 State Street<br>Boston, MA 02109-2881 | LAWYER | | 549,982.30 |
| Gallagher & Kennedy P.A.<br>PO Box 32159 2575 East Camelback Road<br>Phoenix, AZ 85016-9225 | Gallagher & Kennedy P.A.<br>PO Box 32159 2575 East Camelback Road<br>Phoenix, AZ 85016-9225 | LAWYER | | 445,436.97 |
| American Express 93007<br>PO Box 1270<br>Newark, NJ 07101-1270 | American Express 93007<br>PO Box 1270<br>Newark, NJ 07101-1270 | AMEX | | 379,842.90 |
| Vitaquest International<br>8 Henderson Dr<br>West Caldwell, NJ 07006 | Vitaquest International<br>8 Henderson Dr<br>West Caldwell, NJ 07006 | MANUFACTURER | | 312,683.21 |
| Leland, Parachini, Steinberg, Matzger &<br>199 Fremont Street<br>21st Floor<br>San Francisco, CA 94105-6640 | Leland, Parachini, Steinberg, Matzger &<br>199 Fremont Street<br>21st Floor<br>San Francisco, CA 94105-6640 | LAWYER | | 280,282.89 |
| CL & D Graphics, Inc.<br>1101 West 2nd Street<br>Oconomowoc, WI 53066 | CL & D Graphics, Inc.<br>1101 West 2nd Street<br>Oconomowoc, WI 53066 | PACKAGING SUPPLIER | | 195,976.66 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Gaspari Nutrition, Inc.**  
_____  
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| State of Washington - Dept of Revenue<br>Business Licensing Service<br>PO Box 9034<br>Olympia, WA 98507 | State of Washington - Dept of Revenue<br>Business Licensing Service<br>PO Box 9034<br>Olympia, WA 98507 | TAXES | Disputed | 156,321.20 |
| State of Washington Department of Revenu<br>2101 4th Ave #1400<br>Seattle, WA 98121-2300 | State of Washington Department of Revenu<br>2101 4th Ave #1400<br>Seattle, WA 98121-2300 | Sales Taxes | Disputed | 152,267.62 |
| WithumSmith+Brown PC<br>5 Vaughn Drive<br>Princeton, NJ 08540 | WithumSmith+Brown PC<br>5 Vaughn Drive<br>Princeton, NJ 08540 | PROF SVCS | Disputed | 133,307.59 |
| Tiancheng International, Inc.<br>2851 E. Philadelphia Street<br>Ontario, CA 91761 | Tiancheng International, Inc.<br>2851 E. Philadelphia Street<br>Ontario, CA 91761 | RAW MATERIAL SUPPLIER | | 131,197.50 |
| Analysis Group Inc.<br>111 Huntington Ave<br>10th Floor<br>Boston, MA 02199 | Analysis Group Inc.<br>111 Huntington Ave<br>10th Floor<br>Boston, MA 02199 | LAWYER | | 116,190.77 |
| Burch Dallmann LLP<br>96 Discovery<br>Irvine, CA 92618 | Burch Dallmann LLP<br>96 Discovery<br>Irvine, CA 92618 | LAWYER | | 116,030.19 |
| Kyowa Hakko USA, Inc<br>600 Third Avenue<br>19th Floor<br>New York, NY 10016 | Kyowa Hakko USA, Inc<br>600 Third Avenue<br>19th Floor<br>New York, NY 10016 | RAW MATERIAL SUPPLIER | | 99,000.00 |
| Suzhou Vitajoy Bio-Tech Co<br>18227 Railroad Street<br>City of Industry, CA 91748 | Suzhou Vitajoy Bio-Tech Co<br>18227 Railroad Street<br>City of Industry, CA 91748 | RAW MATERIAL SUPPLIER | | 68,500.00 |
| Advanced Research Media Inc<br>21 Bennetts Road<br>Ste. 101<br>East Setauket, NY 11733 | Advanced Research Media Inc<br>21 Bennetts Road<br>Ste. 101<br>East Setauket, NY 11733 | ADVERTISING | | 62,500.00 |
| Berkeley Research Group<br>2200 Powell Street, Suite<br>Ste. 1200<br>Emeryville, CA 94608 | Berkeley Research Group<br>2200 Powell Street, Suite<br>Ste. 1200<br>Emeryville, CA 94608 | LAWYER | | 60,186.42 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Gaspari Nutrition, Inc.**  
　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 14, 2014**　　　　　　　　　Signature  **/s/ Marc B. Ross**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Marc B. Ross**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## New Jersey

In re  **Gaspari Nutrition, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Gaspari Nutrition, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 14, 2014
Date

/s/ Michael Viscount
**Michael Viscount**
Signature of Attorney or Litigant
Counsel for **Gaspari Nutrition, Inc.**
**Fox Rothschild LLP**
**1301 Atlantic Avenue**
**Midtown Center, Suite 400**
**Atlantic City, NJ 08401-7212**
**609-348-4515 Fax:609-348-6834**
**mviscount@foxrothschild.com**