UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on October 15, 2014 by
Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gaspari Nutrition, Inc.

| | |
|---|---|
| Case No.: | 14-30963-CMG |
| Adv. No.: | |
| Hearing Date: | 10/21/14 |
| Judge: | Christine M. Gravelle |

## ORDER SHORTENING TIME PERIOD
## FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through two (3) is hereby ORDERED.

**DATED: October 15, 2014**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon consideration of the application of _____Debtor_____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1.	The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on __Motion to Sell Property Free and Clear of Liens under Section__ 363(f) is hereby shortened as set forth herein.

2.	Hearing shall be conducted on the aforesaid motion/application on _____October 21_____, 20 _14_ at _2:00 p_ .m. in the United States Bankruptcy Court _____Trenton New Jersey_____, Courtroom No. __3__ .

3.	True copies of this order, the application for it, and the moving papers shall be served upon _____secured creditors and US Trustee_____ by:

- ☑ fax, or
- ☑ email,
- ☐ regular mail,
- ☑ overnight mail,
- ☐ hand delivery,

and within

- ☐ _____ day(s) of the date hereof, or
- ☑ on the same date as the order.

4.	Immediate telephone notice of entry of this order shall also be given to said parties.

5. Any objections to said motion/application:

    ❏ shall be filed and served so as to be received no later than _____

    ☑ may be presented at the hearing.

6. ☑ Court appearances will be required to prosecute said motion/application and any objections.

    ❏ Any objector may appear by telephone at the hearing.

    ❏ The hearing will be held by telephone conference call, to be arranged by court call

*rev.6/1/06.jml*

*Approved by Judge Raymond T. Lyons  October 27, 2009*