B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## New Jersey

In re    **Gaspari Nutrition, Inc.**
_____ ,
Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 8,860,259.11 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,522,422.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 170,986.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 12,694,902.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 8,860,259.11 | | |
| Total Liabilities | | | | 16,388,311.54 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## New Jersey

In re   **Gaspari Nutrition, Inc.**                                   ,      Case No. _____

                                  Debtor

Chapter                      **11**          

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Gaspari Nutrition, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Gaspari Nutrition, Inc.**                                          ,          Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account XX-XXXX-9242 PNC Bank 2001 Route 70 and 571 Manchester Twp. NJ 08759 | - | 70,582.92 |
| | | Payroll Account XX-XXXX-9269 PNC Bank 2001 Route 70 and 571 Manchester Twp. NJ 08759 | - | 1,596.98 |
| | | Credit Card Account XX-XXXX-9277 PNC Bank 2001 Route 70 and 571 Manchester Twp. NJ 08759 | - | 466.36 |
| | | Settlement/Escrow Account XX-XXXX-1773 PNC Bank 2001 Route 70 and 571 Manchester Twp. NJ 08759 | - | 78.00 |
| | | T.D. Bank Checking Account XXXX-2718 2338 Lakewood Road Toms River, NJ 08755 | - | 166.00 |
| | | T.D. Bank Checking Account XXXX-2726 2338 Lakewood Road Toms River, NJ 08755 | - | 1.00 |
| | | T.D. Bank Checking Account - XXXX-5134 2338 Lakewood Road Toms River, NJ 08755 | - | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit - Lease at 575 Prospect St. Ste. 301, Lakewood, NJ 08701 | - | 61,644.00 |
| | | Security Deposit Jersey Central Power and Light | - | 1,694.00 |
| | | Security Deposit Macke Water Systems | - | 35.95 |

|  | Sub-Total > | 136,465.21 |
|---|---|---|
|  | (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Gaspari Nutrition, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Investment in Gaspari Nutrition International, Inc.** | - | 500.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 2,733,277.00 |

Sub-Total >     2,733,777.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Gaspari Nutrition, Inc.** _____,   Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Trademarks | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer List | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Gaspari Nutrition, Inc.** ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment and Furnishings $600,685 at Cost; ($218,883) Accumulated Depreciation** | - | 381,802.00 |
| | | **Net Book Value** | | |
| | | **Deposit on Gym Equipment** | - | 84,098.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory of goods held for Resale** | - | 5,398,219.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Clinical Trials** | - | 5,330.33 |
| | | **Plates & Waterproof Digital Renderings for Packaging Label** | - | 62,055.58 |
| | | **Prepaid Insurance** | - | 43,056.62 |
| | | **Prepaid athletes under contract** | - | 15,455.37 |

Sub-Total >   5,990,016.90
(Total of this page)

Total >   8,860,259.11

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Gaspari Nutrition, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 2/14/2014 | | | | | |
| **Crestmark Bank** **5480 Corporate Drive** **Suite 350** **Troy, MI 48098** | X | - | | | **Purchase Money Security** **All Assets** | | | | | |
| | | | | | Value $            **Unknown** | | | | **3,522,422.00** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

_**0**_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **3,522,422.00** | **0.00** |
| Total (Report on Summary of Schedules) | **3,522,422.00** | **0.00** |

B6E (Official Form 6E) (4/13)

In re   **Gaspari Nutrition, Inc.** _____ ,      Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5**   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Gaspari Nutrition, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aria, Porus**<br>**14 Hempstead Court**<br>**East Windsor, NJ 08520** | - | | Vacation earned within 180 days prior to the petition date. | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**BEVERIDGE, KRISTINE**<br>**793 Linden Rd**<br>**Toms River NJ, NJ 08753** | - | | Vacation earned within 180 days prior to the petition date. | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**BLUM, SCOT**<br>**3 Ashgrove Rd**<br>**East Brunswick, NJ 08816** | - | | Vacation earned within 180 days prior to the petition date. | | | | 1,892.76 | 0.00 | 1,892.76 |
| Account No.<br><br>**BRABANT, LYNN**<br>**95 Azalea Circle**<br>**Jackson, NJ 08527** | - | | Vacation earned within 180 days prior to the petition date. | | | | 1,041.69 | 0.00 | 1,041.69 |
| Account No.<br><br>**CORNWELL, DONNA**<br>**2 Amherst Rd**<br>**Marlboro, NJ 07746** | - | | Vacation earned within 180 days prior to the petition date. | | | | 0.00 | 0.00 | 0.00 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 2,934.45 | 2,934.45 |

B6E (Official Form 6E) (4/13) - Cont.

In re __**Gaspari Nutrition, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CROCKETT, ANDREW**<br>**22 Poplar Ave**<br>**fairhaven, NJ 07704** | | - | Vacation earned within 180 days prior to the petition date. | | | | 1,570.29 | 0.00<br><br>1,570.29 |
| Account No.<br><br>**ENAMORADO, EDDER**<br>**435 Westminster Ave Apt 66**<br>**Elizabeth, NJ 07208** | | - | Vacation earned within 180 days prior to the petition date. | | | | 21.12 | 0.00<br><br>21.12 |
| Account No.<br><br>**ESPINAL, DANNU**<br>**498 McKeon St. #2**<br>**Perth Amboy, NJ 08861** | | - | Vacation earned within 180 days prior to the petition date. | | | | 648.82 | 0.00<br><br>648.82 |
| Account No.<br><br>**Howlett, Erica**<br>**13220 Little Farms Dr**<br>**Spring Hill, FL 34609** | | - | Vacation earned within 180 days prior to the petition date. | | | | 3,268.27 | 0.00<br><br>3,268.27 |
| Account No.<br><br>**ISSAC, KATELYN**<br>**7 Victory Lane**<br>**Brick, NJ 08723** | | - | Vacation earned within 180 days prior to the petition date. | | | | 223.80 | 0.00<br><br>223.80 |

Sheet __**2**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 5,732.30 |

| |
|---|
| 5,732.30 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Gaspari Nutrition, Inc.** _____ ,   Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Vacation earned within 180 days prior to the petition date. | | | | | |
| ITURRALDE, OSCAR 7 Ferrin Ct. Middletown, NJ 07748 | | - | | | | | | 0.00 |
| | | | | | | | 5,286.06 | 5,286.06 |
| Account No. | | | Vacation earned within 180 days prior to the petition date. | | | | | |
| JOHNSON, TROY 30182 Westlake Dr. Menifee, CA 92584 | | - | | | | | | 0.00 |
| | | | | | | | 2,692.31 | 2,692.31 |
| Account No. | | | Vacation earned within 180 days prior to the petition date. | | | | | |
| LEE, NATASHA 47 East Veterans HWY Jackson, NJ 08527 | | - | | | | | | 0.00 |
| | | | | | | | 37.92 | 37.92 |
| Account No. | | | Vacation earned within 180 days prior to the petition date. | | | | | |
| MONREAL, BYRON 15 Roosevelt Ave Jersey City, NJ 07304 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Vacation earned within 180 days prior to the petition date. | | | | | |
| RALSTON, KNOEL 617 D Huntington Drive Lakewood, NJ 08701 | | - | | | | | | 0.00 |
| | | | | | | | 840.00 | 840.00 |

Sheet __3__ of __5__ continuation sheets attached to                    Subtotal          | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page) | 8,856.29 | 8,856.29 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Gaspari Nutrition, Inc.**                   Case No. _____

                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **RICHIE, ELIZABETH** 33 Lake Ave Eatontown, NJ 07724 | | - | Vacation earned within 180 days prior to the petition date. | | | | 769.04 | 0.00 | 769.04 |
| Account No. **ROBERTO, CRYSTAL** 132 Aster Ct. Jackson, NJ 08527 | | - | Vacation earned within 180 days prior to the petition date. | | | | 279.23 | 0.00 | 279.23 |
| Account No. **SCHAYER, RICHARD** 201 Lareine Ave #505 Bradley Beach, NJ 07720 | | - | Vacation earned within 180 days prior to the petition date. | | | | 81.00 | 0.00 | 81.00 |
| Account No. **STANSFIELD, EDWARD** 222 Cedar St. South Amboy, NJ 08879 | | - | Vacation earned within 180 days prior to the petition date. | | | | 66.97 | 0.00 | 66.97 |
| Account No. **WREGE, VINCENT** 128 West Colfax Ave Roselle Park, NJ 07204 | | - | Vacation earned within 180 days prior to the petition date. | | | | 0.00 | 0.00 | 0.00 |

Sheet __4__ of __5__ continuation sheets attached to         Subtotal            | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims         (Total of this page)    1,196.24 | 1,196.24

B6E (Official Form 6E) (4/13) - Cont.

In re **Gaspari Nutrition, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **NJ Division of Taxation, Compliance and** 50 Barrack Street, 9th Floor PO Box 245 Trenton, NJ 08695-0267 | - | | | Sales Taxes | | | | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. **NYS Dept. Of Taxation & Finance Bankrupt** TCD Building 8, Room 455 W.A. Harriman State Campus Albany, NY 12227 | - | | | Sales Taxes | | | | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. **State of Washington Department of Revenu** 2101 4th Ave #1400 Seattle, WA 98121-2300 | - | | | Sales Taxes | | | X | | 0.00 |
| | | | | | | | | 152,267.62 | 152,267.62 |
| Account No. | | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 152,267.62 | 152,267.62 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 170,986.90 | 170,986.90 |

B6F (Official Form 6F) (12/07)

In re   **Gaspari Nutrition, Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Acclaim ID Products Inc** PO Box 644276 Pittsburgh, PA 15264 | - | | | | **Various PACKAGING SUPPLIER** | | | | 20,425.21 |
| Account No. **Active Interest Media Inc** PO Box 951556 Dallas, TX 75395-1556 | - | | | | **Various ADVERTISING** | | | | 24,995.00 |
| Account No. **Advance Scale** 2400 Egg Harbor Road Lindenwold, NJ 08021 | - | | | | **Various MAINT.** | | | | 283.29 |
| Account No. **Advanced Pension Designs LLC** 1305 Campus Parkway Ste. 203 Wall Township, NJ 07753 | - | | | | **Various PROF SVCS** | | | | 9,420.00 |

___22___ continuation sheets attached

Subtotal
(Total of this page)   **55,123.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaspari Nutrition, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Advanced Research Media Inc** <br> **21 Bennetts Road** <br> **Ste. 101** <br> **East Setauket, NY 11733** | - | | Various <br> **ADVERTISING** | | | | 62,500.00 |
| Account No. <br><br> **AFCO Insurance Premium Finance** <br> **5600 N. River Road** <br> **Ste. 400** <br> **Rosemont, IL 60018-5187** | - | | Various <br> **INSURANCE** | | | | 25,498.74 |
| Account No. <br><br> **Albion Human Nutrition** <br> **101 N. Main St.** <br> **Clearfield, UT 84015** | - | | Various <br> **RAW MATERIAL SUPPLIER** | | | | 7,387.79 |
| Account No. <br><br> **All American Store & Lock LLC** <br> **1255 Prospect St.** <br> **Lakewood, NJ 08701** | - | | Various <br> **OFFICE** | | | | 325.00 |
| Account No. <br><br> **American Arbitration Association** <br> **950 Warren Avenue** <br> **East Providence, RI 02914** | - | | Various <br> **LAWYER** | | | | 880.00 |

Sheet no. __1__ of __22__ sheets attached to Schedule of                                      Subtotal                96,591.53
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaspari Nutrition, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**American Express 93007**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | - | | | Various<br>AMEX | | | | 379,842.90 |
| Account No.<br><br>**American Media Inc**<br>**PO Box 905387**<br>**Charlotte, NC 28290-5387** | - | | | Various<br>ADVERTISING | | | | 49,333.34 |
| Account No.<br><br>**American Shredder Inc**<br>**104 Norcross Avenue**<br>**Metuchen, NJ 08840** | - | | | Various<br>OFFICE | | | | 60.00 |
| Account No.<br><br>**American Shredder Inc.**<br>**104 Norcross Avenue**<br>**Metuchen, NJ 08840** | - | | | Various<br>OFFICE | | | | 160.00 |
| Account No.<br><br>**Analysis Group Inc.**<br>**111 Huntington Ave**<br>**10th Floor**<br>**Boston, MA 02199** | - | | | Various<br>LAWYER | | | | 116,190.77 |

Sheet no. __2__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

545,587.01

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaspari Nutrition, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aqualon Company/Ashland Specialty Ingred**<br>**PO Box 116022**<br>**Atlanta, GA 30368-6022** | - | | Various<br>**RAW MATERIAL SUPPLIER** | | | | 32,338.10 |
| Account No.<br><br>**Arnold Amateur**<br>**1215 Worthington Woods Blvd**<br>**Worthington, OH 43085** | - | | Various<br>**EVENTS** | X | | | 50,000.00 |
| Account No.<br><br>**Ashley Kaltwasser**<br>**PO Box 293**<br>**Presto, PA 15142-0293** | - | | Various<br>**EMPLOYEE** | | | | 147.50 |
| Account No.<br><br>**Avaya Financial Services**<br>**PO Box 93000**<br>**Chicago, IL 60673-3000** | - | | Various<br>**UTILITIES** | | | | 1,017.50 |
| Account No.<br><br>**Bactolac Pharmaceutical Inc.**<br>**7 Oser Ave.**<br>**Hauppauge, NY 11788** | - | | Various<br>**MANUFACTURER** | | | | 934,886.26 |

| | | |
|---|---|---|
| Sheet no. __3__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,018,389.36 |

B6F (Official Form 6F) (12/07) - Cont.

In re __**Gaspari Nutrition, Inc.**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Berkeley Research Group**<br>**2200 Powell Street, Suite**<br>**Ste. 1200**<br>**Emeryville, CA 94608** | - | | Various<br>LAWYER | | | | 60,186.42 |
| Account No. <br><br>**Bey Lea Dairy**<br>**215 Oak Avenue**<br>**Toms River, NJ 08753** | - | | Various<br>OFFICE | | | | 104.39 |
| Account No. <br><br>**BodyBuilding.com**<br>**5777 N. Meeker Ave.**<br>**Boise, ID 83713** | - | | Various<br>ADVERTISING<br>    Subject to setoff. | | | | 49,998.00 |
| Account No. <br><br>**Bowco Pest Management Inc**<br>**75 Freeman St.**<br>**PO Box 1219**<br>**Woodbridge, NJ 07095-1219** | - | | Various<br>OFFICE | | | | 600.00 |
| Account No. <br><br>**Burch Dallmann LLP**<br>**96 Discovery**<br>**Irvine, CA 92618** | - | | Various<br>LAWYER | | | | 116,030.19 |

Sheet no. __4__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    226,919.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gaspari Nutrition, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various OFFICE | | | | |
| Celebrity Gyms PO Box 267 Venice, CA 90294 | - | | | | | | | 38,700.00 |
| Account No. | | | | Various MANUFACTURER | | | | |
| Century Foods International Inc P. O. Box 93624 Chicago, IL 60673-3624 | - | | | | | | X | 3,460,365.12 |
| Account No. | | | | Various OFFICE | | | | |
| Certified Protection PO Box 6374 Edison, NJ 08818-6374 | - | | | | | | | 4,472.20 |
| Account No. | | | | Various OFFICE | | | | |
| CIT Technology Inc 21146 Network Place Chicago, IL 60673-1211 | - | | | | | | | 1,118.69 |
| Account No. | | | | Various PACKAGING SUPPLIER | | | | |
| CL & D Graphics, Inc. 1101 West 2nd Street Oconomowoc, WI 53066 | - | | | | | | | 195,976.66 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 3,700,632.67

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaspari Nutrition, Inc.**
_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various MANUFACTURER | | | | |
| Command Nutritionals, LLC 10 Washington Ave. Fairfield, NJ 07004 | - | | | | | | | 1,953,517.38 |
| Account No. | | | | Various OFFICE | | | | |
| Contractor Supply Company PO Box 1346 South Hampton, PA 18966 | - | | | | | | | 398.70 |
| Account No. | | | | Various LAB | | | | |
| Covance Laboratories Inc PO Box 820511 Philadelphia, PA 19182 | - | | | | | | | 6,681.43 |
| Account No. | | | | Various FREIGHT | | | | |
| Dependable Highway Express PO BOX 58047 Los Angeles, CA 90058 | - | | | | | | | 166.99 |
| Account No. | | | | Various FREIGHT | | | | |
| DLS Worldwide PO Box 932721 Cleveland, OH 44193 | - | | | | | | | 39,255.21 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,000,019.71**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaspari Nutrition, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Various EMPLOYEE | | | | |
| **Donna Cornwell 2 Amherst Rd. Marlboror, NJ 07746** | - | | | | | | | 24.00 |
| Account No. | | | | Various FREIGHT | | | | |
| **Echo Global Logistics Inc. 22168 Network Place Chicago, IL 60673-1211** | - | | | | | | | 450.00 |
| Account No. | | | | Various COMPUTERS | | | | |
| **Electric Vine Inc. 3121 Highway 22 Ste. 301 Branchburg, NJ 08876** | - | | | | | | X | 8,870.00 |
| Account No. | | | | Various FREIGHT | | | | |
| **Estes Express Lines P.O. 25612 Richmond, VA 23260-5612** | - | | | | | | | 7,596.31 |
| Account No. | | | | Various FREIGHT | | | | |
| **Fast Track Logistisc 73 Main Street Woodbridge, NJ 07095** | - | | | | | | | 4,675.00 |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,615.31

B6F (Official Form 6F) (12/07) - Cont.

In re __**Gaspari Nutrition, Inc.**_____,    Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various FREIGHT | | | | |
| **Federal Express** **PO Box 371461** **Pittsburgh, PA 15250-7461** | - | | | | | | | 17,058.16 |
| Account No. | | | | Various EVENTS | | | | |
| **Ferrigno Productions, LLC** **PO Box 10424** **Zephyr Cove, NV 89449** | - | | | | | | | 750.00 |
| Account No. | | | | Various MAINT. | | | | |
| **Forklift HQ, LLC** **PO Box 7213** **North Brunswick, NJ 08902** | - | | | | | | | 1,725.00 |
| Account No. | | | | Various OFFICE | | | | |
| **FP Mailing Solutions Inc** **PO Box 4510** **Carol Stream, IL 60197-4510** | - | | | | | | | 83.85 |
| Account No. | | | | Various LAWYER | | | | |
| **Gallagher & Kennedy P.A.** **PO Box 32159 2575 East Camelback Road** **Phoenix, AZ 85016-9225** | - | | | | | | | 445,436.97 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          465,053.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaspari Nutrition, Inc.**                                          ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Garrigan Construction 1845 Bay Blvd. Point Pleasant Beach, NJ 08742 | | - | | | | | | 550.00 |
| Account No. | | | | Various RAW MATERIAL SUPPLIER | | | | |
| Glanbia Nutritionals Inc. 2840 Loker Ave. East Carlsbad, CA 92010 | | - | | | | | | 16,996.31 |
| Account No. | | | | Various FREIGHT | | | | |
| Global Shipping Services 21 Fadem Road Unit 14 Springfield, NJ 07081 | | - | | | | | | 12,380.00 |
| Account No. | | | | Various LAWYER | | | | |
| Goodwin Procter LLP Exchange Place-53 State Street Boston, MA 02109-2881 | | - | | | | | | 549,982.30 |
| Account No. | | | | Various ADVERTISING | | | | |
| Gracie Magazine United States, Inc. 9170 Irvine Center Dr. 200 Irvine, CA 92618-4659 | | - | | | | | | 3,000.00 |

Sheet no. __9__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

582,908.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaspari Nutrition, Inc.**                                                    ,          Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various PROF SVCS | | | | |
| Harlow-HRK Sales & Marketing, Inc. 11502 Century Blvd. Springdale, OH 45246 | - | | | | | | 7,700.26 |
| Account No. | | | Various LAWYER | | | | |
| Hyman Phelps McNamara 700 Thirteenth St NW Ste. 1200 Washington, DC 20005-5929 | - | | | | | | 2,222.50 |
| Account No. | | | Various ADVERTISING | | | | |
| IFM Media, Inc. 1193 North Service Road West Unit C5 Oakville, ON L6M 2V8 | - | | | | | | 3,800.00 |
| Account No. | | | Various FREIGHT | | | | |
| JB Hunt Transport Inc PO Box 98545 Chicago, IL 60693-8545 | - | | | | | | 1,671.78 |
| Account No. | | | Various LAWYER | | | | |
| Kenneth Hollander Associates 45431 Greenling Circle Mendocino, CA 95460 | - | | | | | | 13,143.50 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   28,538.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaspari Nutrition, Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kinetic Supply-Chain Service,LLC**<br>**5 Village Court**<br>**Hazlet, PA 07730** | - | | **Various**<br>**FREIGHT** | | | | 7,379.00 |
| Account No. <br><br>**Konica Minolta-Lease**<br>**21146 Network Pl**<br>**Chicago, IL 60673-1211** | - | | **Various**<br>**OFFICE** | | | | 1,549.72 |
| Account No. <br><br>**Konica Minolta-Usage**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | - | | **Various**<br>**OFFICE** | | | | 1,496.60 |
| Account No. <br><br>**Kristine Beveridge**<br>**793 Linden Ave**<br>**Toms River, NJ 08753** | - | | **Various**<br>**LAWYER** | | | | 217.93 |
| Account No. <br><br>**Kroger/Peyton's Southeast**<br>**153 Refreshment Lane**<br>**Cleveland, TN 37311** | - | | **For Notice Only** | | | | Unknown |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,643.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaspari Nutrition, Inc.**                                    ,     Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Various RAW MATERIAL SUPPLIER | | | | |
| Kyowa Hakko USA, Inc 600 Third Avenue 19th Floor New York, NY 10016 | - | | | | | | | 99,000.00 |
| Account No. | | | | Various LAWYER | | | | |
| Leland, Parachini, Steinberg, Matzger & 199 Fremont Street 21st Floor San Francisco, CA 94105-6640 | - | | | | | | | 280,282.89 |
| Account No. | | | | Various LAWYER | | | | |
| Lewis Roca Rothgerber 40 North Central Avenue Phoenix, AZ 85004-4429 | - | | | | | | | 1,380.00 |
| Account No. | | | | Various EVENTS | | | | |
| Lindsay Productions 2554 Lincoln Blvd. PMB 749 Venice, CA 90291 | - | | | | | | | 5,500.00 |
| Account No. | | | | Various ADVERTISING | | | | |
| Lisaius Marketing 337 College Street Burlington, VT 05401 | - | | | | | | | 1,250.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                387,412.89

B6F (Official Form 6F) (12/07) - Cont.

In re __**Gaspari Nutrition, Inc.**_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LONZA, INC.**<br>**PO Box 741681**<br>**Atlanta, GA 30374-1681** | - | | **Various**<br>**RAW MATERIAL SUPPLIER** | | | | 56,250.00 |
| Account No.<br><br>**MarkMonitor Inc.**<br>**Dept CH 17399**<br>**Palatine, IL 60055-7399** | - | | **Various**<br>**COMPUTERS** | | | | 44,850.00 |
| Account No.<br><br>**McDermott Will & Emery LLP**<br>**PO Box 6043**<br>**Chicago, IL 60680-6043** | - | | **Various**<br>**LAWYER** | | | | 10,201.96 |
| Account No.<br><br>**Milk Specialties Inc**<br>**4351 Solutions Center**<br>**Chicago, IL 60677-4003** | - | | **Various**<br>**MANUFACTURER** | | | | 2,315,443.37 |
| Account No.<br><br>**Mitchell Stein Carey**<br>**2 N. Central Ave**<br>**Ste. 1900**<br>**Phoenix, AZ 85004** | - | | **Various**<br>**LAWYER** | | | | 20,114.09 |

Sheet no. __**13**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 2,446,859.42 |
|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaspari Nutrition, Inc.**                                              ,   Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various<br>PACKAGING SUPPLIER | | | | |
| **Mitsubishi International Food Ingredient**<br>**13445 Collections Center Drive**<br>**Chicago, IL 60693** | - | | | | | | | |
| | | | | | | | | **54,844.94** |
| Account No. | | | | Various<br>EVENTS | | | | |
| **Mr Olympia LLC**<br>**Attn Maria Ibarra**<br>**6420 Wilshire Blvd., FL 15**<br>**Los Angelas, CA 90048** | - | | | | | | | |
| | | | | | | | | **25,000.00** |
| Account No. | | | | Various<br>PROF SVCS | | | | |
| **MSPC**<br>**340 North Avenue**<br>**Cranford, NJ 07016** | - | | | | | | | |
| | | | | | | | | **6,680.76** |
| Account No. | | | | Various<br>ADVERTISING | | | | |
| **Muscle Best Inc**<br>**235-C Robbins Ln**<br>**Syosset, NY 11791** | - | | | | | | | |
| | | | | | | | | **6,000.00** |
| Account No. | | | | Various<br>ADVERTISING | | | | |
| **N101 Nutrition Health & Sport**<br>**6252 Romaine St**<br>**Los Angeles, CA 90038** | - | | | | | | | |
| | | | | | | | | **500.00** |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**93,025.70**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaspari Nutrition, Inc.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**National Polymers LLC**<br>**7920 West 215th St.**<br>**Lakeville, MN 55044** | - | | Various<br>**PACKAGING SUPPLIER** | | | | 10,157.50 |
| Account No.<br><br>**New Jersey Natural Gas**<br>**22-0015-4820-49**<br>**PO BOX 11743**<br>**Newark, NJ 07101** | - | | Various<br>**UTILITIES** | | | | 292.25 |
| Account No.<br><br>**NJ DOH & Senior SVCS**<br>**PO Box 369**<br>**Trenton, NJ 08625-0369** | - | | Various<br>**TAXES** | | | | 1,000.00 |
| Account No.<br><br>**NPC News Online Inc.**<br>**PO Box 174**<br>**Bridgeville, PA 15017** | - | | Various<br>**ADVERTISING** | | | | 17,500.00 |
| Account No.<br><br>**On Point Printing Inc.**<br>**PO Box 254**<br>**East Brunswick, NJ 08816** | - | | Various<br>**ADVERTISING** | | | | 7,945.00 |

Sheet no. __15__ of __22__ sheets attached to Schedule of                    Subtotal                36,894.75
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaspari Nutrition, Inc.** , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various EMPLOYEE | | | | |
| Oscar Iturralde 7 Ferrin Ct. Middletown, NJ 07748 | - | | | | | | | 20.32 |
| Account No. | | | | Various MANUFACTURER | | | | |
| Panthera Pharmaceuticals, LLC 11 Lincoln St. Copiague, NY 11726 | - | | | | | | | 2,844.70 |
| Account No. | | | | Various FREIGHT | | | | |
| Pinnacle Freight Systems Inc 1 Mayfield Avenue Edison, NJ 08837 | - | | | | | | | 25,343.31 |
| Account No. | | | | Various OFFICE | | | | |
| Premier Displays & Exhibits 11261 Warland Drive Cypress, CA 90630 | - | | | | | | | 20,246.64 |
| Account No. | | | | Various FREIGHT | | | | |
| Pro Cargo Inc 15619 Morales Road Houstoi, TX 77032 | - | | | | | | | 100.00 |

Sheet no. __16__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      48,554.97

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Gaspari Nutrition, Inc.**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Republic Media Inc<br>C/O Roman Mendez<br>1101 N. Ohio St.<br>Aurora, IL 60505** | - | | | **Various<br>ADVERTISING** | | | | 5,700.00 |
| Account No.<br><br>**Richard Gaspari<br>575 Prospect St.<br>Lakewood, NJ 08701** | - | | | **Various<br>EMPLOYEE** | | | | 4,174.34 |
| Account No.<br><br>**Ronald Harris<br>267 Seaver Street<br>Stoughton, MA 02072** | - | | | **Various<br>EMPLOYEE** | | | | 1,250.00 |
| Account No.<br><br>**Smart & Biggar<br>PO Box 2999 Station D<br>Ottowa K1P 5Y6<br>CANADA** | - | | | **Various<br>LAWYER** | | | | 6,143.32 |
| Account No.<br><br>**Solver<br>10700 Santa Monica Blvd.<br>Los Angeles, CA 90025** | - | | | **Various<br>COMPUTERS** | | | | 4,219.32 |

Sheet no. __**17**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    21,486.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaspari Nutrition, Inc.**                                      ,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Various MAINT. | | | | |
| South Jersey Lift Inc 1 Executive Drive Toms River, NJ 08755 | - | | | | | | | 1,495.00 |
| Account No. | | | | Various EVENTS | | | | |
| Spectrum Fitness Productions Inc PO Box 7459 Riverside, CA 92513 | - | | | | | | | 6,000.00 |
| Account No. | | | | Various RAW MATERIAL SUPPLIER | | | | |
| Spray-Tek LLC 344 Cedar Avenue Middlesex, NJ 08846 | - | | | | | | | 26,801.25 |
| Account No. | | | | Various TAXES | | | | |
| State of New Jersey-CBT Div of Taxation-Rev Processing Ctr PO Box 193 Trenton, NJ 08646-0193 | - | | | | | | | 1,500.00 |
| Account No. | | | | Various TAXES | | | | |
| State of Washington - Dept of Revenue Business Licensing Service PO Box 9034 Olympia, WA 98507 | - | | | | | | X | 156,321.20 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      192,117.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gaspari Nutrition, Inc.**                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Suzhou Vitajoy Bio-Tech Co** <br> **18227 Railroad Street** <br> **City of Industry, CA 91748** | - | | Various <br> **RAW MATERIAL SUPPLIER** | | | | 68,500.00 |
| Account No. <br><br> **The Creative Group** <br> **12400 Collections Center Drive** <br> **Chicago, IL 60693** | - | | Various <br> **OFFICE** | | | | 21,620.00 |
| Account No. <br><br> **The Law Offices of Michael A. Capuzzi** <br> **101 North Riverside Drive** <br> **Pompano Beach, FL 33062** | - | | Various <br> **LAWYER** | | | | 3,580.00 |
| Account No. <br><br> **Thompson Muscle Contest** <br> **6304 Carlton Ct** <br> **McKinney, TX 75070** | - | | Various <br> **OFFICE** | | | | 1,000.00 |
| Account No. <br><br> **Tiancheng International, Inc.** <br> **2851 E. Philadelphia Street** <br> **Ontario, CA 91761** | - | | Various <br> **RAW MATERIAL SUPPLIER** | | | | 131,197.50 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

225,897.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaspari Nutrition, Inc.**                                          ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TQL Logistics**<br>**PO Box 634558**<br>**Cincinnati, OH 45263-4558** | - | | **Various**<br>**FREIGHT** | | | | 19,750.00 |
| Account No.<br><br>**Train Fitness Ltd**<br>**Unit 2, Bankside, The Watermark**<br>**Gateshead NE11 9SY**<br>**UNITED KINGDOM** | - | | **Various**<br>**ADVERTISING** | | | | 5,000.00 |
| Account No.<br><br>**Tricorbraun Canada/T42755C**<br>**P.O. Box 4275 Postal Station A**<br>**Toronto, ON M5W5V8**<br>**CANADA** | - | | **Various**<br>**PACKAGING SUPPLIER** | | | | 10,595.94 |
| Account No.<br><br>**Uline Shipping Supply Specialists**<br>**2200 S. Lakeside Dr.**<br>**Waukegan, IL 60085** | - | | **Various**<br>**PACKAGING SUPPLIER** | | | | 390.06 |
| Account No.<br><br>**Verizon 732-363-1813 695 10Y**<br>**PO Box 4833**<br>**Trenton, NJ 08650-4833** | - | | **Various**<br>**UTILITIES** | | | | 17.75 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,753.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaspari Nutrition, Inc.** _____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various | | | | |
| Verizon 732-364-1013 639 63Y PO Box 4833 TRENTON, NJ 08650-4833 | - | | | UTILITIES | | | | 16.87 |
| Account No. | | | | Various | | | | |
| Verizon 732-364-4060 PO Box 4833 Trenton, NJ 08650-4833 | - | | | UTILITIES | | | | 16.87 |
| Account No. | | | | Various | | | | |
| Verizon Wireless #219471258-00001 PO Box 4833 Trenton, NJ 08650-4833 | - | | | UTILITIES | | | | 655.84 |
| Account No. | | | | Various | | | | |
| Verizon Wireless #421787149-00002 PO Box 408 Newark, NJ 07101-0408 | - | | | UTILITIES | | | | 1,930.28 |
| Account No. | | | | Various | | | | |
| Verizon Wireless #701930341-00002 PO Box 25505 Lehigh Valley, PA 18002-5505 | - | | | UTILITIES | | | | 60.07 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,679.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaspari Nutrition, Inc.**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various UTILITIES | | | | |
| Verizon Wireless#421787149-00004 PO Box 408 Newark, NJ 07101-0408 | - | | | | | | 283.94 |
| Account No. | | | Various MANUFACTURER | | | | |
| Vitaquest International 8 Henderson Dr West Caldwell, NJ 07006 | - | | | | | | 312,683.21 |
| Account No. | | | Various OFFICE | | | | |
| WB Mason CO Inc PO Box 55840 Boston, MA 02205-5840 | - | | | | | | 5,650.09 |
| Account No. | | | Various PROF SVCS | | | | |
| WithumSmith+Brown PC 5 Vaughn Drive Princeton, NJ 08540 | - | | | | | X | 133,307.59 |
| Account No. | | | Various LAWYER | | | | |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin 11400 West Olympic Blvd. 9th Floor Los Angeles, CA 90064-1582 | - | | | | | | 272.50 |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 452,197.33 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 12,694,902.64 |

B6G (Official Form 6G) (12/07)

.

In re    **Gaspari Nutrition, Inc.** _____ ,    Case No. _____
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Accellos**<br>**Dept. CH 16991**<br>**Palatine, IL 60055-6691** | **WMS-Inventory-put away system** |
| **AFCO**<br>**5600 N. River Road Suite 400**<br>**Rosemont, IL 60018-5187** | **Insurance Financing Agreement** |
| **Aflac**<br>**1932 Wynnton Road**<br>**Columbus, GA 31999** | **Employee Benefits** |
| **Amazon.com**<br>**1200 12th Ave South, Ste. 1200**<br>**Seattle, WA 98144-2734** | **Distribution and Marketing Agreement.** |
| **Antonia Perdikakis**<br>**10208 Greenside Drive**<br>**Cockeysville, MD 21030** | **Demo Reps - As needed, pay per demonstration** |
| **Ashley Kaltwasser**<br>**P.O Box 293**<br>**Presto, PA 15142** | **Athlete - Feb 1-2014 thru Feb 1-2017** |
| **Avaya / CIT Finance LLC**<br>**PO Box 93000**<br>**Chicago, IL 60673-3000** | **Phone system** |
| **Baez, Stephanie**<br>**100 Royal Palm Way # 308**<br>**Boca Raton, FL 33432** | **Demo Reps - As needed, pay per demonstration** |
| **Baker, Jennifer**<br>**3728 Bella Vista Drive**<br>**Plano, TX 75074** | **Demo Reps - As needed, pay per demonstration** |
| **Barnes, Raven Whitney**<br>**83 El Nido Avenue**<br>**Pasadena, CA 91107** | **Demo Reps - As needed, pay per demonstration** |
| **Body Temple**<br>**Unit 4A, Crown Rd**<br>**Festival Trade Park ST 15 NJ**<br>**UNITED KINGDOM** | **Distribution United Kingdon** |

**6**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Gaspari Nutrition, Inc.**                                                        ,        Case No. _____

_____

                                                     Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BodyBuilding.com**<br>**5777 N. Meeker Ave.**<br>**Boise, ID 83713** | **Web advertising** |
| **Branch Warren**<br>**735 Copper Woods Lane**<br>**Copper Canyon, TX 75077** | **Athlete - Feb 1-2014 thru Feb 1-2017** |
| **Brown, Sasha Anna**<br>**7114 Lindley Ave**<br>**Reseda, CA 91335** | **Demo Reps - As needed, pay per demonstration** |
| **Brumback, Nathan**<br>**178 South Killamey Lane Apt 5**<br>**Richmond, KY 40475** | **Demo Reps - As needed, pay per demonstration** |
| **Bruno, Sophia**<br>**622 Plymouth Street**<br>**East Bridgewater, MA 02333** | **Demo Reps - As needed, pay per demonstration** |
| **Buckles, Jennifer**<br>**7700 Red Oak St**<br>**North Richland Hills, TX 76182** | **Demo Reps - As needed, pay per demonstration** |
| **Callan, Laura L**<br>**15 Athol Place**<br>**Hamden, CT 06517** | **Demo Reps - As needed, pay per demonstration** |
| **Cast & Crew**<br>**PO Box 6841**<br>**Wyomissing, PA 19610** | **Web site-cart-EMS- developer Bala** |
| **Certified Protection**<br>**PO Box 6374**<br>**Edison, NJ 08818-6374** | **Security 24/7** |
| **Check-In Social Media, LLC**<br>**115 Morris Street #1104**<br>**Jersey City, NJ 07302** | **Web site- developer** |
| **Chen, Angela**<br>**181 Belle Marsh Rd**<br>**South Berwick, ME 03908** | **Demo Reps - As needed, pay per demonstration** |
| **Cisternino, Bethany**<br>**303 Brokaw Court**<br>**Bridgewater, NJ 08807** | **Demo Reps - As needed, pay per demonstration** |
| **Coface North America Insurance Company**<br>**c/o Boynton & Boynton**<br>**21 Cedar Avenue**<br>**Attn:  John O'Brien**<br>**Fair Haven, NJ 07704** | **Credit Insurance 6/1/14 - 5/31/15** |

Sheet __**1**__ of __**6**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Gaspari Nutrition, Inc.**                               ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Continental Insurance Co. of NJ**<br>**c/o Boynton & Boynton**<br>**21 Cedar Avenue**<br>**Attn:  John O'Brien**<br>**Fair Haven, NJ 07704** | **D&O Insurance 9/15/13 - 11/15/14** |
| **Crawford, Bradley**<br>**1481 DeRose Way #228**<br>**San Jose, CA 95126** | **Demo Reps - As needed, pay per demonstration** |
| **Cube International**<br>**910 E. 236th Street**<br>**Carson, CA 90745** | **Distribution - Korea** |
| **Dawn Fernandez**<br>**10323 W. Foothill Dr**<br>**Peoria, AZ 85383** | **Demo Reps - As needed, pay per demonstration** |
| **Dodds, Abigail**<br>**3420 W Dallas**<br>**Houston, TX 77019** | **Demo Reps - As needed, pay per demonstration** |
| **Elizabeth Anne Dibiase**<br>**24934 Mason Street**<br>**Waterloo, NE 68069** | **Athlete Apr - 2014 thru Apr-2016** |
| **Erica Howlett**<br>**13220 Little Farms Dr**<br>**Spring Hill, FL 34609** | **Employment Agreement** |
| **Everett Lacro**<br>**322 E. Everett Place**<br>**Orange, CA 92867** | **Demo Reps - As needed, pay per demonstration** |
| **Fit & Fab Fitness**<br>**10219 NW 52ND Street**<br>**Coral Springs, FL 33076** | **Demo Reps - As needed, pay per demonstration** |
| **Flex Nutrition International**<br>**6316 NW 99th Ave.**<br>**Doral, FL 33178** | **Distribution - Brazil** |
| **Frankie Edgar**<br>**1664 Jay Bird Lane**<br>**Toms River, NJ 08753** | **Athlete - Feb 10-2014 thru Feb 9-2015** |
| **Gallagher, Taylor**<br>**10 Osage Trail**<br>**Pensacola, FL 32506** | **Demo Reps - As needed, pay per demonstration** |

Sheet  **2**  of  **6**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Gaspari Nutrition, Inc.**                                      ,    Case No. _____
                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Genoa General Trading Co** **OFFICE -NO-61,Souk Al Dhakly,Ali Al Salem St** **Kuwait City 15258** **KUWAIT** | **Distribution - Kuwait** |
| **Gonzalez, Monica Marie** **547 Indigo Avenue** **Wellington, FL 33414** | **Demo Reps - As needed, pay per demonstration** |
| **Hidatada Yamagishi** **7600 West Manchester APT # 319** **Playa Del Ray, CA 90293** | **Athlete - Feb-2014 thru Jan-2016** |
| **Jacobs, Amber** **14820 26th Place West** **Lynnwood, WA 98087** | **Demo Reps - As needed, pay per demonstration** |
| **Jaime Baird** **Po Box 293** **Presto, PA 15142-0293** | **Demo Reps - As needed, pay per demonstration** |
| **Katina Maistrellis** **2022 N Fitzhugh #b** **Dallas, TX 75204** | **Demo Reps - As needed, pay per demonstration** |
| **Konica Minolta/ CIT Finance** **21146 Network Place** **Chicago, IL 60673-1211** | **New Copier- service /lease** |
| **Konica Minolta/ CIT Finance** **21146 Network Place** **Chicago, IL 60673-1211** | **Copier- service /lease    C360** |
| **Krissy Chin** **30182 Westlake Drive** **Menifee, CA 92584** | **Athlete - Feb 11-2014 thru Feb 10-2016** |
| **Lexington Insurance Company** **c/o Boynton & Boynton** **21 Cedar Avenue** **Attn:  John O'Brien** **Fair Haven, NJ 07704** | **General and Products Liability 7/1/14 - 7/1/15** |
| **Lucas, Hailee** **2925 N Church Street** **Layton, UT 84040** | **Demo Reps - As needed, pay per demonstration** |
| **Macke Water** **PO Box 545** **Wheeling, IL 60090** | **water cooler - This contract ends on 2/28/2015** |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Gaspari Nutrition, Inc.**                                        ,      Case No. _____
                                        **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Macke Water**<br>**PO Box 545**<br>**Wheeling, IL 60090** | **water cooler - This contract ends on 12/31/2015** |
| **Margaret Schlacter**<br>**2803 South 1000 East**<br>**Salt Lake City, UT 84106** | **Athlete** |
| **McGlashan, Charlene**<br>**PO Box 230242**<br>**Las Vegas, NV 89105** | **Demo Reps - As needed, pay per demonstration** |
| **McKee, Lindsey**<br>**1910 Inner Oak Cir Apt 103**<br>**Tampa, FL 33619** | **Demo Reps - As needed, pay per demonstration** |
| **Minear, Jodie**<br>**5814 Hornwood Dr**<br>**Houston, TX 77081** | **Demo Reps - As needed, pay per demonstration** |
| **MSPC, CPAs**<br>**340 North Avenue**<br>**Cranford, NJ 07016** | **IT Tech** |
| **MSPC, CPAs**<br>**340 North Avenue**<br>**Cranford, NJ 07016** | **Microsoft- GP and 3rd party support** |
| **Newman, Jason**<br>**327 Marsalla Drive**<br>**Folsom, CA 95630** | **Demo Reps - As needed, pay per demonstration** |
| **Ohio Casualty Insurance Co.**<br>**c/o Boynton & Boynton**<br>**21 Cedar Avenue**<br>**Attn:  John O'Brien**<br>**Fair Haven, NJ 07704** | **Crime-ERISA 7/18/14 - 7/18/15** |
| **Oscar Iturralde**<br>**7 Ferrin Court**<br>**Middletown, NJ 07748** | **Employment Agreement** |
| **Ramirez, Erik**<br>**113 W. Lincoln Ave**<br>**Rahway, NJ 07065** | **Demo Reps - As needed, pay per demonstration** |
| **Ramirez, Katherynne**<br>**2200 Tiebout Avenue Apt 1H**<br>**Bronx, NJ 10457** | **Demo Reps - As needed, pay per demonstration** |
| **Ronald L Galup**<br>**3931 Yardley Avenue N**<br>**St Petersburg, FL 33713** | **Demo Reps - As needed, pay per demonstration** |

Sheet  __4__  of  __6__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Gaspari Nutrition, Inc.** _____,   Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Selective Fire & Casualty Insurance Co.** c/o Boynton & Boynton 21 Cedar Ave. Attn:  John O'Brien Fair Haven, NJ 07704 | **Property/Crime 7/18/14 - 7/18/15** |
| **Sentinel Insurance Company, Ltd.** c/o Boynton & Boynton | |
| **Sentinel Insurance Company, Ltd.** c/o Boynton & Boynton 21 Cedar Avenue Attn:  John O'Brien Fair Haven, NJ 07704 | **Business Auto 1/20/14 - 1/20/15** |
| **Serna, Julian** 2109 N 40th Ave Hollywood, FL 33021 | **Demo Reps - As needed, pay per demonstration** |
| **Shouhed, Rebecca** 1202 Palmer Street Houston, TX 77003 | **Demo Reps - As needed, pay per demonstration** |
| **Sliney, Lenna** 585 Walnut Street Bridgewater, MA 02324 | **Demo Reps - As needed, pay per demonstration** |
| **Smith, Michele** 1864 Platte River Lane # 3 Chula Vista, CA 91913 | **Demo Reps - As needed, pay per demonstration** |
| **Souza, Julia** 6100 Stevenson DR Orlando, FL 32835 | **Demo Reps - As needed, pay per demonstration** |
| **Spiropulos, Amy** 695 E Ocelot Ct Meridian, ID 83646 | **Demo Reps - As needed, pay per demonstration** |
| **Torento, Lynda** 28 B Colonial Drive Salem, NH 03079 | **Demo Reps - As needed, pay per demonstration** |
| **True North Nutrition** 88 East Beaver Creek Rd, Bld. A1, Ontario L4B 4A8 CANADA | **Distribution - Canada** |
| **Underwriters at Lloyds London-Ark** c/o Boynton & Boynton 21 Cedar Avenue Attn:  John O'Brien Fair Haven, NJ 07704 | **Product Recall Liability 7/1/14 - 7/1/15** |

Sheet   **5**   of   **6**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Gaspari Nutrition, Inc.**                                              ,    Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **V-Power**<br>**Via Ulivo Di Avoltrone, 2b**<br>**Republic San Marino 47899**<br>**ITALY** | **Distribution - Italy** |
| **Vangalis, Nicole Athena**<br>**757 E Bethel School Rd**<br>**Coppell, TX 75019** | **Demo Reps - As needed, pay per demonstration** |
| **Vasquez, Shaun Anthony**<br>**1108 Glen Eagles CT**<br>**Norman, OK 73072** | **Demo Reps - As needed, pay per demonstration** |
| **Wasiak, Collin**<br>**907 S. Nawata Avenue**<br>**Mount Prospect, IL 60056** | **Demo Reps - As needed, pay per demonstration** |
| **West, Courtney Blair**<br>**1302 Waugh Drive 237**<br>**Houston, TX 77019** | **Demo Reps - As needed, pay per demonstration** |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **Gaspari Nutrition, Inc.**                                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Richard S. Gaspari**<br>**436 Stagecoach Lane**<br>**Clarksburg, NJ 08510** | **Crestmark Bank**<br>**5480 Corporate Drive**<br>**Suite 350**<br>**Troy, MI 48098** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## New Jersey

In re    **Gaspari Nutrition, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**45**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **October 14, 2014**

Signature    **/s/ Marc B. Ross**

**Marc B. Ross**
**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## New Jersey

In re **Gaspari Nutrition, Inc.**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$28,500,000.00** | **2014 YTD: Net Sales** |
| **$53,526,573.00** | **2013: Net Sales** |
| **$60,748,370.00** | **2012: Net Sales** |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,385.64** | **2014: Interest Income** |

                                                                                                    2

| AMOUNT | SOURCE |
|---|---|
| **$558.00** | **2013: Interest Income** |
| **$45,568.00** | **2012: Interest Income and Gain on sale of Assets** |

---

**3. Payments to creditors**

None ■    ***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □        b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Schedule 3 (b)** | **Various** | **$0.00** | **$0.00** |

None □        c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Schedule 3 (c)** | **Various** | **$0.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None □    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See attached Schedule 4 (a)** | | | |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**Gaspari Nutrition Inc.**

Litigation Summary

| Attorney | Name | Type of Suit | Case Number | Settled | Settlement amount | Status |
|---|---|---|---|---|---|---|
| Andrew S. Dallmann,- Burch Dallmann LLP | *Thermolife International LLC v. Gaspari Nutrition, Inc., and John's Lone Star Distribution, Inc. d/b/a Lone Star Distribution* , Central District of California | Complaint for Patent Infringement. | CV13-cv-4529 RGK-PLA. | Yes | 40,000.00 | paid |
| Andrew S. Dallmann,- Burch Dallmann LLP | *Thermolife International LLC v. Gaspari Nutrition, Inc.,* Southern District of California | Complaint for Patent Infringement -raw material no longer utilized in any Gaspari product sold. | 3:13-cv-00881-JLS-MDD | Pending | NA | Pending |
| Robert J Itri,- Gallagher & Kennedy | *Thermolife International LLC v. Gaspari Nutrition, Inc.,* Arizona  District Court | ThermoLife International LLC ("TLI") alleged that Gaspari Nutrition Incorporated ("GNI"), a manufacturer of dietary supplements and competitor of TLI, engaged in false advertising under 15 U.S.C. § 1125(a)(1)(B) and state law unfair competition by marketing and selling its products as "legal," "DSHEA-compliant," "safe," "natural" and containing effective doses of ingredients. TLI also alleged that GNI tortiously interfered with TLI's business expectancy. | 2:11-cv-01056-NVW | Yes | GNI successfully defended. | **Plaintiff has appealed.** |
| Robert J Itri,- Gallagher & Kennedy | *Thermolife International LLC v. Gaspari Nutrition, Inc.,* Arizona  District Court | Appealed to the 9th Circuit Court of Appeals from the District Court's ruling on summary judgment. | | | Appeal pending | |
| Matt Oster-Wolf,Rifkin,Shapiro,Schulman & Rabkin,LLP | Christopher Taromina, et al v. Gaspari Nutrition Inc., et al-US District Court.Central District- LA County | Class action lawsuit for Spirodex. | 2:12-cv-05424-JAK-MAN | Yes | 130,842.36 | **Settled** |
| Gregory M Krakau,-Leland, Parachini, Steinberg, Matzger & Melnick, LLP | This was a exclusive supplier of plastic bottles | The Company settled a lawsuit brought by a supplier for failure to meet purchase commitments under an agreement. The Company and the supplier completed negotiations to settle in the form of a new purchase agreement which will guarantee the supplier total profits of $450,000 from the items purchased over the 5 year period of the agreement. The Company's failure to meet the required purchase obligations under this new agreement will result in a financial obligation by the Company at the end of the five year period. | N/A | Yes | Settled | The aggreement is for GNI to purchase a certain amount of bottles per year. |
| Dan Doron-Goodwin Procter | Bruce W Kneller Vs Gaspari Nutrition AAA File # 18 460 000019 13 | Former employee suit against improper termination | | yes | Settled | 750k to be paid as follows: in 2014 250k was paid..To be paid qrtly: Yr 2015: 200k, Yr 2016: 175k  and Yr 2017: 125k |
| Not asserted currently | VitaJoy USA Inc  Vs Gaspari Nutrution Superior court of NJ Ocean County | For non payment of 68,500.00 for raw material Lola | L-2473-14 | No | | Pending    brought this action about have been corrected and are no longer an issue going forward. |
| Charles Weller, Esq | California's safe drinking water & Toxic Enforcement act of 1986(Proposition 65). the Superior Court of California, County of Alameda | Notice of violations of CA health &safty code section 25249.5 ET SEQ, (Proposition 65) | #: RG14716823 | Pending | N/A | |
| Not asserted currently | Glanbia Nutritionals (Ireland) Limited  Vs Gaspari Nutrution | Trademark Infringement with the word (Hydrowhey ) | Client / Matter # 45192.01.0033 | Pending | N/A | We need to correct this by relabeling our Advance Protein product line and over stickering product in stock. |

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Gifts** | | | **Debtor provided various gifts to customers and vendors of less than $5,000 in the aggregate during the one year prior to the petition date.** |

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                          4

---

### 9. Payments related to debt counseling or bankruptcy

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐    concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
    preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **7/25/14** | **15,000.00** |
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **7/31/14** | **11,347.60** |
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **8/10/14** | **11,396.90** |
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **8/17/14** | **11,500.50** |
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **8/26/14** | **11,459.10** |
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **9/08/14** | **12,265.04** |
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **9/10/14** | **11,437.46** |
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **9/19/14** | **11,576.35** |
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **9/26/14** | **11,998.50** |
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **10/1/14** | **$11,500.00** |
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **10/10/14** | **$14,409.60** |
| **Marc Ross**<br>**302 Main St.**<br>**South Amboy, NJ 08879** | **10/10/14** | **$5,590.40** |
| **Fox Rothschild**<br>**Midtown Building, Ste. 400**<br>**1301 Atlantic Ave**<br>**Atlantic City, NJ 08401-7212** | **8/29/14** | **36,000.00** |
| **Fox Rothschild**<br>**Midtown Building, Ste. 400**<br>**1301 Atlantic Ave**<br>**Atlantic City, NJ 08401-7212** | **9/8/14** | **19,966.50** |
| **Fox Rothschild**<br>**Midtown Building, Ste. 400**<br>**1301 Atlantic Ave**<br>**Atlantic City, NJ 08401-7212** | **9/10/14** | **7,634.00** |

B7 (Official Form 7) (04/13)

5

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Fox Rothschild<br>Midtown Building, Ste. 400<br>1301 Atlantic Ave<br>Atlantic City, NJ 08401-7212** | **9/18/14** | **31,306.00** |
| **Fox Rothschild<br>Midtown Building, Ste. 400<br>1301 Atlantic Ave<br>Atlantic City, NJ 08401-7212** | **10/1/14** | **$65,000.00** |
| **Fox Rothschild<br>Midtown Building, Ste. 400<br>1301 Atlantic Ave<br>Atlantic City, NJ 08401-7212** | **10/10/14** | **$62,480.23** |

### 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **Elizabeth Gaspari<br>41 Hill Pond Road<br>Jackson, NJ 08527<br>  Insider** | **9/2/14** | **The Debtor sold slow moving, discontinued inventory with an original cost of $847,738 to the purchaser for $460,000.  The sale of this product was approved by the secured lender, Crestmark Bank.** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                        6

---

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Elizabeth Gaspari**<br>**41 Mill Pond Road**<br>**Jackson, NJ 08527** | **Certain discontinued, slow moving inventory. $460,000** | **575 Prospect Street, Ste 301, Lakewood, NJ 08701** |

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **575 Prospect Street, Ste. 230**<br>**Lakewood, NJ  08701** | **Gaspari Nutrition, Inc.** | **2009 - March 2014** |

---

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

B7 (Official Form 7) (04/13)                                                                                                          7

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

     *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

     *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Gaspari Nutrtion, International, LLC** | 45-3182360 | **575 Prospect Street, Ste. 301 Lakewood, NJ 08701** | **Entity was formed to sell Gaspari Nutrition products in international markets. However, since its legal inception, the entity has been dormant and had no activity.** | **August 2011 - Present.** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

B7 (Official Form 7) (04/13)                                                                                                                8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael Falcone**<br>**291 Hover Avenue**<br>**Bayville, NJ 08721** | **September 2012 - October 2013** |
| **Maria Rito**<br>**602 Vista Court**<br>**Pine Beach, NJ 08741** | **November 2011 - February 2013** |
| **Erica Howlett**<br>**13220Little Farms Dr.**<br>**Spring Hill, FL 34609** | **August 2011 - Present** |
| **Oscar Iturralde**<br>**7 Ferrin Court**<br>**Middletown, NJ 07748** | **May 2011 - Present** |
| **Diane Aronica**<br>**27 Eugene Place**<br>**Staten Island, NY 10312** | **March 2011 - July 2013** |
| **Michael Schreck**<br>**76 Southfield Drive**<br>**Belle Mead, NJ 08502** | **September 2013 - February 2014** |
| **WithumSmith+Brown PC**<br>**5 Vaughn Drive**<br>**Princeton, NJ 08540** | **2010 - Present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **WithumSmith+Brown PC** | **5 Vaughn Drive**<br>**Princeton, NJ 08540** | **2012 Audit. 2011 and 2013 were Reviewed.** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **ITURRALDE, OSCAR** | **7 Ferrin Ct.**<br>**Middletown, NJ 07748** |
| **Howlett, Erica** | **13220 Little Farms Dr**<br>**Spring Hill, FL 34609** |
| **Marc Ross** | **302 Main St.**<br>**South Amboy, NJ 08879** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **PNC Bank** | |
| **Crestmark Bank**<br>**5480 Corporate Drive**<br>**Suite 350**<br>**Troy, MI 48098** | **Monthly, January 2014 - July 2014. Previous year end financial statements for 2011 - 2013 were also provided.** |
| **American Express 93007**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | **2013 Financial Statements and monthly financial statements for 2014.** |

B7 (Official Form 7) (04/13)                                                                                                                        9

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 4/30/14 | Andrew Crockett, Erica Howlett | $4,558,729 |
| 12/31/13 | Erica Howlett, Andrew Crockett | 5,250,843 |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 4/30/14 | Erica Howlett<br>575 Prospect St. Se. 301<br>Lakewood, NJ 08701 |
| 12/31/13 | Erica Howlett<br>575 Prospect St. Se. 301<br>Lakewood, NJ 08701 |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Marc Ross<br>302 Main St.<br>South Amboy, NJ 08879 | Chief Restructuring Officer | 0% |
| Richard S. Gaspari<br>436 Stagecoach Lane<br>Clarksburg, NJ 08510 | President/CEO | S. Corporation Shares<br>100 |

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Michael Schreck | Chief Operating Officer | February 2014 |

---

B7 (Official Form 7) (04/13)                                                                                          10

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR<br>**See attached Schedule 3 (c)** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| **Gaspari Nutrition Inc. 401(k) Plan** | **20-2048542 - Teminated 08/04/2014** |
| **Gaspari Nutrition Inc. 401(K) Plan, Administered under ADP TotalSource Inc.** | **20-2045842** |

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                                11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __**October 14, 2014**_____        Signature    __**/s/ Marc B. Ross**_____

                                                            **Marc B. Ross**

                                                            **Chief Restructuring Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## New Jersey

In re   **Gaspari Nutrition, Inc.**

_____,
                                    Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Richard S. Gaspari<br>436 Stagecoach Lane<br>Clarksburg, NJ 08510** | **S. Corporation<br>Shares** | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**October 14, 2014**_____        Signature **/s/ Marc B. Ross**_____
                                                              **Marc B. Ross
                                                              Chief Restructuring Officer**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## New Jersey

| | | | | |
|---|---|---|---|---|
| In re | **Gaspari Nutrition, Inc.** | | Case No. | |
| | | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept ................................................ | $ | To be determined |
   | Prior to the filing of this statement I have received ...................................... | $ | 50,000.00 |
   | Balance Due ........................................................................................... | $ | To be determined |

2. $ **1,717.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.    A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 14, 2014**

**/s/ Michael Viscount**
**Michael Viscount**
**Fox Rothschild LLP**
**1301 Atlantic Avenue**
**Midtown Center, Suite 400**
**Atlantic City, NJ 08401-7212**
**609-348-4515    Fax: 609-348-6834**
**mviscount@foxrothschild.com**

---

Michael Viscount
Fox Rothschild LLP
1301 Atlantic Avenue
Midtown Center, Suite 400
Atlantic City, NJ 08401-7212

Gaspari Nutrition, Inc.
575 Prospect Street
Ste. 301
Lakewood, NJ 08701

Office of the Attorney General
Hughes Justice Complex
25 W. Market St.
P.O. Box 080
Trenton, NJ 08625

New Jersey Division of Taxation
50 Barrack Street
P.O. Box 269
Trenton, NJ 08695

Internal Revenue Service
Holtsville, NY 11742

NJ Department of Labor
P.O. Box 389
Trenton, NJ 08625-0389

U.S. Attorney
970 Broad Street
Room 700
Newark, NJ 07102

A Duie Pyle Inc
PO Box 564
West Chester, PA 19381-0564

Accellos
Dept. CH 16991
Palatine, IL 60055-6691

Accellos Inc
Dept CH 16991
Palatine, IL 60055-6691

Access America Transport Inc.
P.O. Box 740048
Atlanta, GA 30374-0048

Acclaim ID Products Inc
PO Box 644276
Pittsburgh, PA 15264

Accurate Logistics
750 Bloomfield Avenue
Clifton, NJ 07012

Ace Aquariums
PO Box 343
Red Bank, NJ 07701

Action Pak Inc.
2550 Pearl Buck Road PO Box 557
Bristol, PA 19007

Activate! Promotions & Marketing
PO Box 601962
Charlotte, NC 28260-1962

Active Interest Media Inc
PO Box 951556
Dallas, TX 75395-1556

ADM Logistics Inc
PO Box 92572
Chicago, IL 60675-2572

Advance Scale
2400 Egg Harbor Road
Lindenwold, NJ 08021

Advanced Pension Designs LLC
1305 Campus Parkway
Ste. 203
Wall Township, NJ 07753

Advanced Research Media Inc
21 Bennetts Road
Ste. 101
East Setauket, NY 11733

AFCO
5600 N. River Road Suite 400
Rosemont, IL 60018-5187

AFCO Insurance Premium Finance
5600 N. River Road
Ste. 400
Rosemont, IL 60018-5187

Aflac
1932 Wynnton Road
Columbus, GA 31999

Airways Freight Inc
PO BOX 1888
Fayetteville, AR 72702

Albion Human Nutrition
101 N. Main St.
Clearfield, UT 84015

All American Store & Lock LLC
1255 Prospect St.
Lakewood, NJ 08701

Aloha Freight Forwarders
1800 S. Anderson Ave.
Compton, CA 90220

Amazon.com
1200 12th Ave South, Ste. 1200
Seattle, WA 98144-2734

American Arbitration Association
950 Warren Avenue
East Providence, RI 02914

American Express 21009
PO Box 1270
Newark, NJ 07101-1270

American Express 93007
PO Box 1270
Newark, NJ 07101-1270

American Media Inc
PO Box 905387
Charlotte, NC 28290-5387

American Shredder Inc
104 Norcross Avenue
Metuchen, NJ 08840

American Shredder Inc.
104 Norcross Avenue
Metuchen, NJ 08840

Amerihealth Insurance of NJ
PO BOX 70250
PHILADELPHIA, PA 19176-0250

Analysis Group Inc.
111 Huntington Ave
10th Floor
Boston, MA 02199

Antonia Perdikakis
10208 Greenside Drive
Cockeysville, MD 21030

Aqualon Company/Ashland Specialty Ingred
PO Box 116022
Atlanta, GA 30368-6022

Aria, Porus
14 Hempstead Court
East Windsor, NJ 08520

Arnold Amateur
1215 Worhtington Woods Blvd
Worthington, OH 43085

Ashley Kaltwasser
PO Box 293
Presto, PA 15142-0293

Ashley Kaltwasser
P.O Box 293
Presto, PA 15142

Avaya / CIT Finance LLC
PO Box 93000
Chicago, IL 60673-3000

Avaya Financial Services
PO Box 93000
Chicago, IL 60673-3000

Avaya Inc.
PO Box 5332
New York, NY 10087-5332

Bactolac Pharmaceutical Inc.
7 Oser Ave.
Hauppauge, NY 11788

Badger Express, LLC
181 Quality Court
Fall River, WI 53932

Baez, Stephanie
100 Royal Palm Way # 308
Boca Raton, FL 33432

Baker, Jennifer
3728 Bella Vista Drive
Plano, TX 75074

Barnes, Raven Whitney
83 El Nido Avenue
Pasadena, CA 91107

Batico USA
P.O. Box 1319
Montclair, NJ 07042

Benchmark Resolution Services
411 Princeton Avenue
Brick, NJ 08724

Berkeley Research Group
2200 Powell Street, Suite
Ste. 1200
Emeryville, CA 94608

BEVERIDGE, KRISTINE
793 Linden Rd
Toms River NJ, NJ 08753

Bey Lea Dairy
215 Oak Avenue
Toms River, NJ 08753

Beyer Graphics Inc
30 Austin Blvd.
Commack, NY 11725

BLUM, SCOT
3 Ashgrove Rd
East Brunswick, NJ 08816

Body Temple
Unit 4A, Crown Rd
Festival Trade Park ST 15 NJ
UNITED KINGDOM

BodyBuilding.com
5777 N. Meeker Ave.
Boise, ID 83713

Bowco Pest Management Inc
75 Freeman St.
PO Box 1219
Woodbridge, NJ 07095-1219

BRABANT, LYNN
95 Azalea Circle
Jackson, NJ 08527

Branch Warren
735 Copper Woods Lane
Copper Canyon, TX 75077

Brand Packaging Group Inc.
85 Price Parkway
Farmingdale, NY 11735

Brickforce Workforce Systems INC
2 Ethel Road Suite 204B Durham Center
Edison, NJ 08817

Brickpack
19 Colony Dr West
West Orange, NJ 07052

Brown, Sasha Anna
7114 Lindley Ave
Reseda, CA 91335

Brumback, Nathan
178 South Killamey Lane Apt 5
Richmond, KY 40475

Bruno, Sophia
622 Plymouth Street
East Bridgewater, MA 02333

Buckles, Jennifer
7700 Red Oak St
North Richland Hills, TX 76182

Burch Dallmann LLP
96 Discovery
Irvine, CA 92618

Cablevision
PO Box 371378
Pittsburgh, PA 15250-7378

Callan, Laura L
15 Athol Place
Hamden, CT 06517

Cast  & Crew
PO Box 6841
Wyomissing, Pa 19610

Cast & Crew
PO Box 6841
Wyomissing, PA 19610

Celebrity Gyms
PO Box 267
Venice, CA 90294

Central Transport Inc
P.O. Box 33299
Detroit, MI 48232

Century Foods International Inc
P. O. Box 93624
Chicago, IL 60673-3624

Certified Protection
PO Box 6374
Edison, NJ 08818-6374

CH Robinson Worldwide Inc
PO Box 9121
Minneapolis, MN 55480-9121

Charles C Weller & Associates
11412 Corley Court
San Diego, CA 92126

Check-In Social Media, LLC
115 Morris Street #1104
Jersey City, NJ 07302

Chen, Angela
181 Belle Marsh Rd
South Berwick, ME 03908

Christian Penney
17 W. Hanover Ave.
Randolph, NJ 07869

Chubb & Sons, a division of Federal Insu
PO BOX 7247-7345
Philadelphia, PA 19170-7345

Cisternino, Bethany
303 Brokaw Court
Bridgewater, NJ 08807

CIT Technology Inc
21146 Network Place
Chicago, IL 60673-1211

CL & D Graphics, Inc.
1101 West 2nd Street
Oconomowoc, WI 53066

CNA Insurance
PO Box 790094
St. Louis, MO 63179-0094

Coface
Accounts Receivable Risk Management LLC
1350 Broadway, Suite 2001
New York, NY 10018

Coface North America Insurance Company
c/o Boynton & Boynton
21 Cedar Avenue
Attn: John O'Brien
Fair Haven, NJ 07704

Command Nutritionals, LLC
10 Washington Ave.
Fairfield, NJ 07004

Command Transportation, LLC
2633 Paysphere Circle
Chicago, IL 60674

Compound Solutions, Inc.
1930 Palomar Point Way, Suite 105
Carlsbad, CA 92008

CompuFor
15029 N. Thompson Peak Parkway
B111-429
Scottsdale, AZ 85260

Con-Way Freight
PO Box 5160
Portland, OR 97208-5160

Concert Group Logistics
75 Remittance Drive Suite 1525
Chicago, IL 60675-1525

Concordia International Forwarding Corp
70 E. Sunrise Hwy, Suite 605
Valley Stream, NY 11581-1250

Continental Insurance Co. of NJ
c/o Boynton & Boynton
21 Cedar Avenue
Attn:  John O'Brien
Fair Haven, NJ 07704

Contractor Supply Company
PO Box 1346
South Hampton, PA 18966

CORNWELL, DONNA
2 Amherst Rd
Marlboro, NJ 07746

Cotapaxi Custom Design & Manufacturing,
338 Hackensack St.
Carlstadt, NJ 07072

Covance Laboratories Inc
PO Box 820511
Philadelphia, PA 19182

Crawford, Bradley
1481 DeRose Way #228
San Jose, CA 95126

Crestmark Bank
5480 Corporate Drive
Suite 350
Troy, MI 48098

CROCKETT, ANDREW
22 Poplar Ave
fairhaven, NJ 07704

Cube International
910 E. 236th Street
Carson, CA 90745

Daniel Ahrens
1306 Orchard View Road
Reading, PA 19609

Dawn Fernandez
10323 W. Foothill Dr.
Peoria, AZ 85383

Dawn Fernandez
10323 W. Foothill Dr
Peoria, AZ 85383

Daylight Transport
PO Box 93155
Long Beach, CA 90809

Dependable Highway Express
PO BOX 58047
Los Angeles, CA 90058

DHL Express - USA
16592 Collections Center Drive
Chicago, IL 60693

DLS Worldwide
PO Box 932721
Cleveland, OH 44193

Dodds, Abigail
3420 W Dallas
Houston, TX 77019

Donna Cornwell
2 Amherst Rd.
Marlboror, NJ 07746

Dot-Line Transportation Inc
P.O. Box 8739
Fountain Valley, Ca 92728-8739

Echo Global Logistics Inc.
22168 Network Place
Chicago, IL 60673-1211

Economy Freight Inc.
535 East County Line Road
Jackson, NJ 08701

Electric Vine Inc.
3121 Highway 22
Ste. 301
Branchburg, NJ 08876

ELITE MEDIA INC
PO BOX 13212
Pittsburgh, PA 15243

Elizabeth Anne Dibiase
24934 Mason Street
Waterloo, NE 68069

ENAMORADO, EDDER
435 Westminster Ave Apt 66
Elizabeth, NJ 07208

Epiq Class Action & Claims Solutions Inc
10300 S.W. Allen Blvd.
Beaverton, OR 97005

Erica Howlett
13220 Little Farms Dr
Spring Hill, FL 34609

ESHA Research, Inc.
PO Box 13028
Salem, OR 97309-1028

ESPINAL, DANNU
498 McKeon St. #2
Perth Amboy, NJ 08861

Estes Express Lines
P.O. 25612
Richmond, VA 23260-5612

Everett Lacro
322 E. Everett Place
Orange, CA 92867

Excel Business Park
PO Box 6219
Freehold, NJ 07728

Excel Business Park LLC
PO Box 6219
Freehold, NJ 07728-6219

Excel Park III
PO Box 6219
Freehold, NJ 07728-6219

Fairfax Publications, Inc
11050 Santa Monica Blvd.#125
Los Angeles, CA 90025

Fast Track Logistisc
73 Main Street
Woodbridge, NJ 07095

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461

FedEx Freight
PO BOX 223125
Pittsburgh, PA 15250-2125

Fedex National LTL
PO Box 95001
Lakeland, FL 33804

Fedex Trade Networks
T10007C/U PO Box 10007
Postal Station A
Toronto OntarioM5W 2B1
CANADA

Ferrigno Productions, LLC
PO Box 10424
Zephyr Cove, NV 89449

Fighters Only Limited
200 Portland Road
Shieldfield
Newcastle Unon Tyne NE2 1DJ
ENGLAND

Fighters Only World MMA Awards, LLC
2505 Anthem village Drive
Suite E. 508
Henderson, NV 89052

Fisher Scientific
Acct#041491-001 P.O.Box 3648
Boston, MA 02241-3648

Fit & Fab Fitness
10219 NW 52ND Street
Coral Springs, FL 33076

Flex Nutrition International
6316 NW 99th Ave.
Doral, FL 33178

Flora Research Laboratories
1000 SE M Street
Unit B
Grants Pass, OR 97526

Food and Drug Adminstration
Dept of Health & Human Services
1350 Piccard Drive, Suite 200A
Rockville, MD 20850

Forklift HQ, LLC
PO Box 7213
North Brunswick, NJ 08902

FP Mailing Solutions Inc
PO Box 4510
Carol Stream, IL 60197-4510

Frankie Edgar
1664 Jay Bird Lane
Toms River, NJ 08753

Fusion Logistics-WWE
NW 6355 PO BOX 1450
Minneapolis, MN 55485

Gallagher & Kennedy P.A.
PO Box 32159 2575 East Camelback Road
Phoenix, AZ 85016-9225

Gallagher, Taylor
10 Osage Trail
Pensacola, FL 32506

Garden State Sign Company
4880 US Route 9 South
Howell, NJ 07731

Garrigan Construction
1845 Bay Blvd.
Point Pleasant Beach, NJ 08742

Genoa General Trading Co
OFFICE -NO-61,Souk Al Dhakly,Ali Al Salem St
Kuwait City 15258
KUWAIT

Gilbreth Packaging Systems Inc
PO BOX 824419
PHILADELPHIA, PA 19182-4419

Glanbia (Illinois)
5951 McKee Rd. Suite 201
Fitchburg, WI 53719

Glanbia Nutritionals Inc.
2840 Loker Ave. East
Carlsbad, CA 92010

Global Logistics Freight Solutions
390 Caravelle Drive 2nd Floor
Mississaugua Ontario L4V1K9
CANADA

Global Shipping Services
21 Fadem Road
Unit 14
Springfield, NJ 07081

Globaltranz Enterprises Inc
PO Box 203285
Dallas, TX 75320-3285

Gonzalez, Monica Marie
547 Indigo Avenue
Wellington, FL 33414

Goodwin Procter LLP
Exchange Place-53 State Street
Boston, MA 02109-2881

Gracie Magazine United States, Inc.
9170 Irvine Center Dr.
200
Irvine, CA 92618-4659

Green Wave Ingredients
14821 Northam Street
La Mirada, CA 90638

Guardian (DENTAL)
PO Box 824404
Philadelphia, PA 19182-4404

Guardian Life Insurance
PO Box 824454
Philadelphia, PA 19182-4454

Harlow-HRK Sales & Marketing, Inc.
11502 Century Blvd.
Springdale, OH 45246

Hartford Insurance
PO Box 660916
Dallas, TX 75266-0916

Hartrodt Freight
777 Sunrise Highway #204
Lynbrook, NY 11563

Hidatada Yamagishi
7600 West Manchester APT # 319
Playa Del Ray, CA 90293

Hidetada Yamagishi
7600 West Manchester
Apt. 319
Playa Del Ray, CA 90293

Howlett, Erica
13220 Little Farms Dr
Spring Hill, FL 34609

Hyman Phelps McNamara
700 Thirteenth St NW
Ste. 1200
Washington, DC 20005-5929

Ian Spanier Photography Inc
17 August Walk
Long Beach, NY 11561

IFM Media, Inc.
1193 North Service Road West
Unit C5
Oakville, ON L6M 2V8

Innovative Communication Concepts
519 8th Ave
New York, NY 10018

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Intertek USA Inc
PO BOX 416482
BOSTON, MA 02241-6482

Intrnal Revenue Service
po box 7346
Philadelphia, PA 19101-7346

Isaac Hinds
6380 S Boston St #315
Greenwood Village, CO 80111

ISSAC, KATELYN
7 Victory Lane
Brick, NJ 08723

ITURRALDE, OSCAR
7 Ferrin Ct.
Middletown, NJ 07748

Jacobs, Amber
14820 26th Place West
Lynnwood, WA 98087

Jaime Baird
Po Box 293
Presto, PA 15142-0293

JB Hunt Transport Inc
PO Box 98545
Chicago, IL 60693-8545

Jersey Central Power and Light
PO Box 3687
Akron, OH 44309-3687

Jiu-Jitsu Networking LLC
11110 W Oakland Park Blvd #114
Sunrise, FL 33351

JOHNSON, TROY
30182 Westlake Dr.
Menifee, CA 92584

Julian Serna
2109 N 40th Ave.
Hollywood, FL 33021

Katina Maistrellis
2022 N Fitzhugh #b
Dallas, TX 75204

Kenneth Hollander Associates
45431 Greenling Circle
Mendocino, CA 95460

Key Beneftis Administrators Inc
Attn: Floretha Worley
534 Rivercrossing Dr
Ft Mill, SC 29716

Kinetic Supply-Chain Service,LLC
5 Village Court
Hazlet, PA 07730

Konica Minolta-Lease
21146 Network Pl
Chicago, IL 60673-1211

Konica Minolta-Usage
21146 Network Place
Chicago, IL 60673-1211

Konica Minolta/ CIT Finance
21146 Network Place
Chicago, IL 60673-1211

Krissy Chin
30182 Westlake Drive
Menifee, CA 92584

Kristine Beveridge
793 Linden Ave
Toms River, NJ 08753

Kroger/Peyton's Southeast
153 Refreshment Lane
Cleveland, TN 37311

KW Transportation Services,Inc.
871 N. Hanover Street
Pottstown, PA 19464

Kyowa Hakko USA, Inc
600 Third Avenue
19th Floor
New York, NY 10016

LEE, NATASHA
47 East Veterans HWY
Jackson, NJ 08527

Leib Solutions LLC
20 E. Clementon Road
Suite 100 S
Gibbsboro, NJ 08026-1165

Leland, Parachini, Steinberg, Matzger &
199 Fremont Street
21st Floor
San Francisco, CA 94105-6640

Leonello Cavetti
Via di Petriolo
50050 Cerrato Guidi (FI)
ITALY

Leszek Kurian
17. Pelican Dr.
Bayville, NJ 08721

Lewis Roca Rothgerber
40 North Central Avenue
Phoenix, AZ 85004-4429

Lexington Insurance Company
c/o Boynton & Boynton
21 Cedar Avenue
Attn:  John O'Brien
Fair Haven, NJ 07704

Lindsay Productions
2554 Lincoln Blvd.
PMB 749
Venice, CA 90291

Lisaius Marketing
337 College Street
Burlington, VT 05401

Logic Systems Engineering
5510 River Park Drive
Waterford, MI 48327

LONZA LTD.
90 Boroline Road
Allendale, NJ 07401

LONZA, INC.
PO Box 741681
Atlanta, GA 30374-1681

Lucas, Hailee
2925 N Church Street
Layton, UT 84040

Lynden Air Freight, Inc.
P.O Box 84167
Seattle, WA 98124

Macedonia Trucking,Inc
101 Wood Street
Garfield, NJ 07026-2135

Macke Water
PO Box 545
Wheeling, IL 60090

Margaret Schlacter
2803 South 1000 East
Salt Lake City, UT 84106

MarkMonitor Inc.
Dept CH 17399
Palatine, IL 60055-7399

Marpal Disposal Inc
PO Box 9001099
Louisville, KY 40290-1099

Matt Transport Inc DBA
PO BOX 740
Maywood, NJ 07607-0740

McDermott Will & Emery LLP
PO Box 6043
Chicago, IL 60680-6043

McGlashan, Charlene
PO Box 230242
Las Vegas, NV 89105

McKee, Lindsey
1910 Inner Oak Cir Apt 103
Tampa, FL 33619

Mega Shipping & Forwarding LTD
301 Penhorn Avenue Unit 4
Secaucus, NJ 07094

Milk Specialties Inc
4351 Solutions Center
Chicago, IL 60677-4003

Minear, Jodie
5814 Hornwood Dr
Houston, TX 77081

Mitchell Stein Carey
2 N. Central Ave
Ste. 1900
Phoenix, AZ 85004

Mitsubishi International Food Ingredient
13445 Collections Center Drive
Chicago, IL 60693

MONREAL, BYRON
15 Roosevelt Ave
Jersey City, NJ 07304

Morse Barnes-Brown Pendleton PC CityPoin
230 Third Avenue 4th Floor
Waltham, MA 02451

Mr Olympia LLC
Attn Maria Ibarra
6420 Wilshire Blvd., FL 15
Los Angelas, CA 90048

MSPC
340 North Avenue
Cranford, NJ 07016

MSPC, CPAs
340 North Avenue
Cranford, NJ 07016

Muscle Best Inc
235-C Robbins Ln
Syosset, NY 11791

N101 Nutrition Health & Sport
6252 Romaine St
Los Angeles, CA 90038

National Car Rental
PO Box 842264
Dallas, TX 75284

National Physique Committee
PO Box 13541
Pittsburgh, PA 15243

National Polymers LLC
7920 West 215th St.
Lakeville, MN 55044

National Xpress Logistics, LLC
2301-B Computer Avenue
Willow Grove, PA 19090

NattoPharma
Lysaker Torg 5, 1366 Lysaker
P.O. Box 397
NO-1326 Lysaker
NORWAY

Naturex
375 Huyler Street
South Hackensack, NJ 07606

New Century Transportation Inc.
P.O. BOX 37681
BALTIMORE, MD 21297-3681

New Jersey Natural Gas 22-0015-4820-49
PO BOX 11743
Newark, NJ 07101

New Penn Motor Express Inc
24801 Network Place
Chicago, IL 60673-1248

Newman, Jason
327 Marsalla Drive
Folsom, CA 95630

NHP Consulting Inc
1731 8th Ave NW
Calgary Alberta T2N 1C5
Calgary, CANADA

NJ American Water
Box 371331
Pittsburgh, PA 15250-7331

NJ Dept. of Labor - Division of Employer
PO Box 379
Trenton, NJ 08625-0379

NJ Division of Taxation, Compliance and
50 Barrack Street, 9th Floor
PO Box 245
Trenton, NJ 08695-0267

NJ DOH & Senior SVCS
PO Box 369
Trenton, NJ 08625-0369

NJ Natural Gas
PO Box 11743
Newark, NJ 07101-4743

NJAW 1018-210027313577
Box 371331
Pittsburgh, PA 15250-7331

Northwind Logistics Corporation
45 East Park Drive
Westampton, NJ 08060

Novel Ingredient Services
10 Henderson Drive
West Caldwell, NJ 07006

Novel Ingredients
10 Henderson Drive
West Caldwell, NJ 07006

NPC News Online Inc.
PO Box 174
Bridgeville, PA 15017

NutraBlend Foods
162 Savage Dr
Cambridge Ontario N1T 1S4
CANADA

Nutratech, Inc
10 Henderson Drive
West Caldwell, NJ 07006

Nutricap Labs
70 Carolyn Blvd.
Farmingdale, NY 11735

Nutrition Health  & Sport
6252 ROMAINEST.
LOS ANGELES, CA 90038

NYCE
1314 Conklin Road. Box 317
Conklin, NY 13748-9522

NYS Dept. Of Taxation & Finance Bankrupt
TCD Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

O Berk Company
3 Milltown Ct
PO Box 1690
Union, NJ 07083

Office of the United States Trustee
1085 Raymond Boulevard
Newark, NJ 07102

Ohio Casualty Insurance Co.
c/o Boynton & Boynton
21 Cedar Avenue
Attn: John O'Brien
Fair Haven, NJ 07704

Old Dominion Freight Line Inc
PO BOX 415202
Boston, MA 02241-5202

Olympic Freight Services Inc
23 Adam Court
Red Bank, NJ 07701

On Point Printing Inc.
PO Box 254
East Brunswick, NJ 08816

Oscar Iturralde
7 Ferrin Ct.
Middletown, NJ 07748

Oscar Iturralde
7 Ferrin Court
Middletown, NJ 07748

Oxford Health Plans (BG01)
PO Box 1697
Newark, NJ 07101-1697

Oxford Health Plans (BG02)
PO Box 1697
Newark, NJ 07101-1697

Panthera Pharmaceuticals, LLC
11 Lincoln St.
Copiague, NY 11726

Per Bernal Photography
12570 Allin Street
Los Angelas, CA 90066

Pinnacle Freight Systems Inc
1 Mayfield Avenue
Edison, NJ 08837

Pioneer Shipping Logistics Inc
145-119 Guy R Brewer Blvd
Floor #1
Jamaica, NY 11434

Pitt Ohio
PO Box 643271
Pittsburg, PA 15264-3271

Precision Printing Group
117 Jackson Road
Berlin, NJ 08009

Premier Displays & Exhibits
11261 Warland Drive
Cypress, CA 90630

Printpack Inc.
P.O. Box 102430
Atlanta, GA 30368

Pro Cargo Inc
15619 Morales Road
Houstoi, TX 77032

Professional Electric Services Inc.
144 Carasaljo Drive
Lakewood, NJ 08701

Pyle Transport Servises Inc.
P.O.Box 749
West Chester, PA 19381-0749

Quick Transfer, INC.
PO BOX 110526
Brooklyn, NY 11211

R&L Carriers, Inc.
PO BOX 10020
Port William, Ohio 45164-2000

RALSTON, KNOEL
617 D Huntington Drive
Lakewood, NJ 08701

Ramirez, Erik
113 W. Lincoln Ave
Rahway, NJ 07065

Ramirez, Katherynne
2200 Tiebout Avenue Apt 1H
Bronx, NJ 10457

RB Social Media
428 North Palm Drive, # 209
Beverly Hills, CA 90210

Republic Media Inc
C/O Roman Mendez
1101 N. Ohio St.
Aurora, IL 60505

Republic Services
1861 Wayside Rd.
Tinton Falls, NJ 07724

Research Triangle Park Laboratories, Inc
7201 ACC Blvd., Suite 104
Raleigh,, NC 27617

Richard Gaspari
575 Prospect St.
Lakewood, NJ 08701

Richard S. Gaspari
436 Stagecoach Lane
Clarksburg, NJ 08510

RICHIE, ELIZABETH
33 Lake Ave
Eatontown, NJ 07724

Roadtex Transportation Inc.
13 Jensen Drive
Somerset, NJ 08873

ROBERTO, CRYSTAL
132 Aster Ct.
Jackson, NJ 08527

Ronald Harris
267 Seaver Street
Stoughton, MA 02072

Ronald L Galup
3931 Yardley Avenue N
St Petersburg, FL 33713

Ronstan Paper Co.Inc
Eatontown Industrial Park 72 James Way
Eatontown, NJ 07724

S & D Sportswear Inc
23 Lucille Dr.
South Setauket, NY 11720

Sales Pad
3200 Eagle Park Drive
Grand Rapids, MI 49525

SalesForce.com
PO Box 203141
Dallas, TX 75320-3141

Sanns Transport Inc
130 Ford Ave Building #2
Milltown, NJ 08850

SCHAYER, RICHARD
201 Lareine Ave #505
Bradley Beach, NJ 07720

Schneider National Inc
P O BOX
Atlanta, GA 30384-1496

Sean Barber
810 NW Broad Street Suite#206
Murfreesboro, TN 37129

Selective Fire & Casualty Insurance Co.
c/o Boynton & Boynton
21 Cedar Ave.
Attn:  John O'Brien
Fair Haven, NJ 07704

Selective Insurance Company of America
PO Box 7950
Trenton, NJ 08650-7950

Sentinel Insurance Company, Ltd.
c/o Boynton & Boynton

Sentinel Insurance Company, Ltd.
c/o Boynton & Boynton
21 Cedar Avenue
Attn: John O'Brien
Fair Haven, NJ 07704

Serna, Julian
2109 N 40th Ave
Hollywood, FL 33021

Shouhed, Rebecca
1202 Palmer Street
Houston, TX 77003

Sliney, Lenna
585 Walnut Street
Bridgewater, MA 02324

Smart & Biggar
PO Box 2999 Station D
Ottowa K1P 5Y6
CANADA

Smith, Michele
1864 Platte River Lane # 3
Chula Vista, CA 91913

Solver
10700 Santa Monica Blvd.
Los Angeles, CA 90025

South Jersey Lift Inc
1 Executive Drive
Toms River, NJ 08755

Souza, Julia
6100 Stevenson DR
Orlando, FL 32835

Spectrum Fitness Productions Inc
PO Box 7459
Riverside, CA 92513

Spiropulos, Amy
695 E Ocelot Ct
Meridian, ID 83646

Spray-Tek LLC
344 Cedar Avenue
Middlesex, NJ 08846

SPS COMMERCE, INC
VB BOX 3
PO BOX 9202
MINNEAPOLIS, MN 55480-9202

STANSFIELD, EDWARD
222 Cedar St.
South Amboy, NJ 08879

Stanwell West Inc.
100-G, East Jefryn Blvd.
Deer Park, NY 11729

State of New Jersey-CBT
Div of Taxation-Rev Processing Ctr
PO Box 193
Trenton, NJ 08646-0193

State of Washington - Dept of Revenue
Business Licensing Service
PO Box 9034
Olympia, WA 98507

State of Washington Department of Revenu
2101 4th Ave #1400
Seattle, WA 98121-2300

Steven Trauger D/B/A STVP
700 Atlantic Avenue B-2
Ocean City, NJ 08226-3760

Sullivan Medina & Associates
1735 Market St.
Ste. A-446
Philadelphia, PA 19103

Suzhou Vitajoy Bio-Tech Co
18227 Railroad Street
City of Industry, CA 91748

Taromina et. al.
c/o Beshada Farnese, LLC
108 Wanaque Ave.
Pompton Lakes, NJ 07442

The Creative Group
12400 Collections Center Drive
Chicago, IL 60693

The Dunham Group
63 Music Square East
Nashville, TN 37203

The Kroger Company
1014 Vine St.
Cincinnati, OH 45202-1100

The Law Offices of Michael A. Capuzzi
101 North Riverside Drive
Pompano Beach, FL 33062

The Scribble Factory
24389 Las Palmas St
Valencia, CA 91355

The Source Store, LLC
1800 Broadway Avenue
Boise, ID 83706

Thompson Muscle Contest
6304 Carlton Ct
McKinney, TX 75070

Tiancheng International, Inc.
2851 E. Philadelphia Street
Ontario, CA 91761

Todd Pember
202 Sleepy Hollow Dr
Amherst, OH 44001

Tom Hoops
810 N Dorset Avenue
Ventnor, NJ 08406

Torento, Lynda
28 B Colonial Drive
Salem, NH 03079

TQL Logistics
PO Box 634558
Cincinnati, OH 45263-4558

Train Fitness Ltd
Unit 2, Bankside, The Watermark
Gateshead NE11 9SY
UNITED KINGDOM

Trans World Freight Systems Inc
155-11 146th Ave 2nd Floor
Unit C
Jamaica, NY 11434

Tricorbraun Canada/T42755C
P.O. Box 4275 Postal Station A
Toronto, ON M5W5V8
CANADA

True North Nutrition
88 East Beaver Creek Rd, Bld. A1,
Ontario L4B 4A8
CANADA

TSG
32433 Collections Center Drive
Chicago, IL 60693-0324

Uline Shipping Supply Specialists
2200 S. Lakeside Dr.
Waukegan, IL 60085

Ultra Seal Inc
521 Main St.
New Paltz, NY 12561

Underwriters at Lloyds London-Ark
c/o Boynton & Boynton
21 Cedar Avenue
Attn: John O'Brien
Fair Haven, NJ 07704

Unishippers
PO Box 2037
Medford Lakes, NJ 08055

Unisource Worldwide Inc
PO Box 409884
Atlanta, GA 30384-9884

United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001

United States Attorney
970 Broad Street, 5th Floor
Newark, NJ 07102

UPS Freight
28013 Network Pl
Chicago, IL 60673-1280

UPS Supply Chain Solutions Inc
28013 Network Place
Chicago, IL 60673-1280

USA Container Co., Inc.
1776 South Second Street
Piscataway, NJ 08854-1770

USA Freight Systems, LLC
1776 South Second St
Piscataway, NJ 08854

USDA, AMS, Dairy
PO Box 790257
St. Louis, MO 63179-0257

V-Power
Via Ulivo Di Avoltrone, 2b
Republic San Marino 47899
ITALY

Vangalis, Nicole Athena
757 E Bethel School Rd
Coppell, TX 75019

Vasquez, Shaun Anthony
1108 Glen Eagles CT
Norman, OK 73072

Verizon 732-363-1813 695 10Y
PO Box 4833
Trenton, NJ 08650-4833

Verizon 732-364-1013 639 63Y
PO Box 4833
TRENTON, NJ 08650-4833

Verizon 732-364-3777
PO Box 4833
Trenton, NJ 08650-4833

Verizon 732-364-4060
PO Box 4833
Trenton, NJ 08650-4833

Verizon 732-928-4694
PO Box 4830
Trenton, NJ 08650-4830

Verizon 888-742-7727
PO Box 4648
Trenton, NJ 08650-4648

Verizon Wireless #219471258-00001
PO Box 4833
Trenton, NJ 08650-4833

Verizon Wireless #421787149-00001
PO Box 408
Newark, NJ 07101-0408

Verizon Wireless #421787149-00002
PO Box 408
Newark, NJ 07101-0408

Verizon Wireless #421787149-00003
PO Box 408
Newark, NJ 07101-0408

Verizon Wireless #582180539-00001
PO Box 408
Newark, NJ 07101-0408

Verizon Wireless #701930341-00002
PO Box 25505
Lehigh Valley, PA 18002-5505

Verizon Wireless#421787149-00004
PO Box 408
Newark, NJ 07101-0408

Viking Industries, Inc.
89 South Ohioville Road
P.O. Box 249
New Paltz, NY 12561

Vision Express/Wrag Time
P.O. Box 29319
Phoenix, AZ 85038-9319

Vitaquest International
8 Henderson Dr
West Caldwell, NJ 07006

Wallington Motor Lines Inc
P.O. Box 423
Clifton, NJ 07015

Wasiak, Collin
907 S. Nawata Avenue
Mount Prospect, IL 60056

Waste Management
PO Box 13648
Philadelphia, PA 19101-3648

WB Mason CO Inc
PO Box 55840
Boston, MA 02205-5840

West, Courtney Blair
1302 Waugh Drive 237
Houston, TX 77019

Wisconsin Department of Revenue
PO Box 930208
Milwaukee, WI 53293-0208

WithumSmith+Brown PC
5 Vaughn Drive
Princeton, NJ 08540

Wolf, Rifkin, Shapiro, Schulman & Rabkin
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064-1582

Woodland Global
1979 Marcus Ave Suite 214
Lake Success, NY 11042

World Travel, Inc.
1724 West Schuylkill Road
Douglassville, PA 19518

WREGE, VINCENT
128 West Colfax Ave
Roselle Park, NJ 07204

YRC Freight (Roadway) Inc
P.O. Box 13573
Newark, NJ 07188-3573

Zachary  Adkins
12616 Dringenberg
Austin, TX 78729