UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq. (MH 9031)
Mitchell B. Hausman, Esq. (MH 1464)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____ :
                               :
In re:                         :
                               :      Chapter 11
Gaspari Nutrition, Inc.        :
                               :      Case No.14-30963 (CMG)
                               :
Debtor                         :
                               :
_____ :      The Honorable Christine M. Gravelle


**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

    Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

| **Milk Specialties Company** | **Command Nutritionals, LLC** | **ThermoLife International, LLC** |
|---|---|---|
| 7500 Flying Cloud Drive | 10 Washington Avenue | 7150 E. Camelback Road |
| Eden Prairie, MN 55344 | Fairfield, NJ 07004 | Suite 285 |
| Tel.: 952-942-7310 x 5106 | Tel.: 973-227-8210 | Scottsdale, AZ 85251 |
| Fax: 952-942-7611 | Fax: 973-227-2742 | Tel.: 650-346-8016 |
| Attn: Christopher Baughman | Attn: Scott Biedron | Fax: 480-704-7537 |
|  |  | Attn: Ron Kramer |

| **Bruce W. Kneller** | **Century Foods International, Inc.** |
|---|---|
| 14 Arrowood Court | 1 Hormel Place |
| Howell, NJ 07731 | Austin, MN 55912 |
| Tel: 732-814-2030 | Tel.: 507-437-5630 |
|  | Fax: 507-437-5140 |
|  | Attn: Ford Symonds |

Page 2

**Gaspari Nutrition, Inc.
Appointment Of Official
Committee Of Unsecured
Creditors**

<u>Counsel for Committee</u>
David M. Bass, Esq.
Warren A. Usatine, Esq.
Cole Schotz
25 Main Street
Hackensack, NJ 07601
Tel.: 201-489-3000
Fax: 201-489-1536

        ROBERTA A. DEANGELIS
        UNITED STATES TRUSTEE
        REGION 3


By: <u>*/s/ Martha R. Hildebrandt*</u>
       Martha R. Hildebrandt
       Assistant United States Trustee
       Mitchell B. Hausman
       Trial Attorney

Date: October 28, 2014