**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Proposed Counsel for the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Case No. 14-30963 (CMG) |
|  | Chapter 11 |
| GASPARI NUTRITION, INC. |  |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

**TO:**   Clerk,
United States Bankruptcy Court for the District of New Jersey

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance as

proposed counsel for the Official Committee of Unsecured Creditors, and requests that copies of

all pleadings and other papers filed (however designated), and notices given in these cases and

any case consolidated herewith, be served upon the undersigned at the email address listed below:

> Warren A. Usatine, Esq.
> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
> Court Plaza North
> 25 Main Street
> P.O. Box 800
> Hackensack, New Jersey 07602-0800
> Telephone: (201) 489-3000
> Facsimile:  (201) 489-1536
> Email: wusatine@coleschotz.com

FURTHER, if any limited service lists are used in the proceeding, the undersigned requests inclusion thereon.

Dated: October 30, 2014

>    */s/ Warren A. Usatine*
> WARREN A. USATINE

40000/9150-11155750v1